Case No. CI12-*239*

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | |
| TELEMETRIX INC., CONVEY | ) | |
| COMMUNCIATIONS, INC., WILLIAM | ) | |
| W. BECKER, LARRY BECKER, GAYLE | ) | |
| BECKER, GARY BROWN, BECKER | ) | |
| CAPITAL MANAGEMENT, LLC., | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC., GREEN EAGLE NETWORKS, INC., | ) | |
| JOHN AND JANE DOE(S) 1 THOUGH 15, | ) | |
| JOHN DOE CORPORATIONS 1 | ) | |
| THROUGH 10 | ) | |
| | ) | |
| Defendants. | | |

**Plaintiff** Michael J. Tracy hereby respectfully states as follows:

1. This is an action for *inter alia* fraudulent misrepresentation, civil conspiracy, preliminary and permanent injunction, declaratory judgment, breach of fiduciary responsibility, an accounting and corporate dissolution all in connection with actions taken by the Defendant(s).

2. Telemetrix, through the actions of its officers, directors and management personnel created fraudulent corporate documents including unsubstantiated debt instruments. Telemetrix, through the actions of its officers, directors and management personnel then made false and misleading filings under the Nebraska Uniform Commercial Code ("UCC"). A foreclosure by the Defendant(s) ultimately resulted in the unlawful transfer of property to one or more of the Defendant(s).

3. The Defendants participated individually and collectively in a series of fraudulent transactions designed to disguise the fact that those Defendant(s) had neither a security interest nor a perfected security interest in the assets being transferred. The Defendant(s) (a) created fraudulent documents and made fraudulent representations to the Nebraska Secretary of State;



000146856D21

1



FILED *March 27* 20 *12*
*Anne Rosenberg*
CLERK OF THE DIST COURT

(b) filed fraudulent UCC documents with the Nebraska Secretary of State;  (c) caused fraudulent transfers of property to one or more of the Defendant(s); (d) foreclosed on property in which the foreclosing party (also a Defendant) did not have a bonafide security interest or a bonafide Nebraska UCC filing.

4.      The Defendant(s) are participants in this fraudulent scheme and conspiracy either as individuals or as officers and directors of the corporations involved.

5.      Telemetrix, Inc. ("Telemetrix") through its officers, directors and management personnel owe a fiduciary responsibility to the Plaintiff as a shareholder.  The Defendants have committed fraud on the Plaintiff and have breached their fiduciary responsibility to the Plaintiff through a series of  insider contracts and  agreements which were entered into by the Defendants acting on behalf of Telemetrix.  The contracts and agreements were with  companies and corporations who are wholly owned by the Defendants and other companies and corporations in which the Defendants maintain an ownership interest.  These agreements have not been disclosed or reported to any shareholder other than the Defendant(s) holding shares in Telemetrix.

6.      The Defendants have rendered Telemetrix insolvent.

## INTRODUCTION

7.      The Plaintiff  holds 32,718,644 shares of  the Defendant Telemetrix's stock which represents18.03% of the total of 181,483,368 shares which have been issued and which are outstanding at the time of this complaint.

8.      The Plaintiff has held the shares of stock for over five (5) years.

9.      The Defendant is indebted to the Plaintiff  in the amount of $1,313.48

10.     Telemetrix is a Delaware Corporation which is registered as a foreign corporation operating within the State of Nebraska and is a public company traded Over The Counter ("OTC") under the trading symbol TLXTQ.

11.     Defendant corporation Convey Communications, Inc. ("Convey") is a Nebraska corporation and is a wholly owned subsidiary of Telemetrix.  Convey holds licenses issued by the Federal Communications Commission ("FCC") authorizing the operation of wireless communications network services within the Nebraska counties of Scotts Bluff, Banner, Box Butte, Cheyenne, Dawes, Garden, Grant, Kimball, Morrill, Sheridan, and Sioux.

2

12.     Convey owns or at times coincident to this complaint owned land and personal property located within the aforementioned Nebraska counties.

13.     Defendant William Becker has been Chairman of the Board of Telemetrix from 1999 through the present date and presently holds the offices of President, Treasurer, Chief Operating Officer, Chief Executive Officer and Director.   William W. Becker presently holds the offices of President, Vice President, Secretary, Treasurer and Director of Convey and has held those offices through all times coincident with this complaint. William W. Becker is the father of Larry Becker.

14.     Defendant Larry Becker was a director and manager of Telemetrix and its subsidiaries from October 27, 2006 until December 16, 2008

15.     Defendant Larry Becker, son of William W. Becker, has been the majority owner, President/Managing Partner of Becker Capital Management ("BCM") from its date of formation as a Colorado LLC on December 31, 1998 through the date of this complaint.  BCM is not registered as a foreign corporation in the State of Nebraska.  Larry Becker is managing partner and majority owner.

16.     Larry Becker holds all corporate offices and is the sole director of Green Eagle Networks, Inc. ("GE Networks") and Green Eagle Communications, Inc. (GE Communications") ("collectively GE Entities").  GE Entities are Delaware corporations registered as foreign corporations operating within the State of Nebraska.

17.     Defendant Gayle Becker, wife of Larry Becker, is the Secretary of BCM and holds an ownership interest in Defendant corporations GE Entities.  Gayle Becker is the authorized signatory to documents filed by Telemetrix with the FCC.

18.     Defendant Gary Brown is Secretary and Director of Telemetrix.

19.     Defendants John and Jane Doe 1 through 15 are individuals which have had either direct or indirect involvement in the matters alleged in this complaint and when the true names are discovered they will be inserted in this complaint by amendment.

20.     Defendant John Doe Corporations 1 through 10 are corporations which have had either direct or indirect involvement in the matters alleged in this complaint and when the true names are discovered they will be inserted in this complaint by amendment.

3

## JURISDICTION AND VENUE

21.     This Court has personal jurisdiction over the Defendant(s) pursuant to Neb. Rev. St. § 25-536 because these entities acting through their agents and as individuals transacted business in the State of Nebraska, contracted to supply services and things in the State of Nebraska, caused tortious injury by acts and omissions in the State of Nebraska, have an interest in, use, and possess real property in the State of Nebraska and have had contact with and maintained other relations to the State of Nebraska, sufficient to afford a basis for the exercise of personal jurisdiction consistent with the Constitution of the United States.

22.     Telemetrix's wholly owned subsidiary Convey[1] is a Nebraska Corporation which owned and operated telecommunications equipment and owned land located in numerous counties in Nebraska.[2] The land and equipment are used as communication tower sites. Convey also holds FCC licenses which permit the company to provide wireless communications services in western Nebraska.

23.     GE Communications is shown on the current records of the Scotts Bluff County Assessor as owner of record of real property in Scotts Bluff County, Nebraska.

## FACTUAL BACKGROUND

24.     On December 16, 2008, Telemetrix filed a Voluntary Petition in the United States Bankruptcy Court of the District of Colorado in Case 08-30077-ABC showing assets of $1,046,434.00 and debts of $13,826,554.75. The Petition in Bankruptcy shows BCM as a Creditor holding Secured Claims amounting to a total of $3,481,086.26 of which $701,732.76 are junior to the Colorado Business Bank. On March 11, 2009 on motion of Telemetrix the bankruptcy Court dismissed the bankruptcy.

25.     The Defendant BCM through its Principal Larry Becker alleges to have loaned money to Telemetrix.

26.     On July 2, 2009 Telemetrix filed a notification with the United States Securities and exchange Commission ("SEC") stating that on or about June 26, 2009, Telemetrix conveyed to GE Communications assets consisting primarily of Nokia Media Server Equipment and

---

[1] Formerly known as Tracy Corporation II
[2] See Introduction, Para. 11

4

communication base stations along with three patents and a billing system all owned by Telemetrix which together have a value of $975,000.00. On the same day Telemetrix agreed to transfer to GE Networks, Inc. all of the FCC C & F Block communication licenses, all land, towers and antennas along with associated network agreements in exchange for the tender of approximately $3,000,000 in outstanding debt alleged to have been owed to GE Entities by Telemetrix. These assets comprise essentially all of the assets of Telemetrix.

27.     The transfer of assets from Telemetrix to the Green Eagle entities was allegedly to satisfy a foreclosure by Green Eagle entities in full satisfaction of debts of Telemetrix. Neither Green Eagle entity is shown on the December 16, 2008 bankruptcy filing as a creditor of Telemetrix.

28.     The transfer of assets was purportedly pursuant to a "security agreement" between Telemetrix and BCM. The alleged "security agreement" has never been provided in any form to anyone including Telemetrix shareholders. This "security agreement" has not been filed with the SEC as required and was not disclosed in the Telemetrix bankruptcy filing, a fact which was not overlooked by the United States Trustee's attorney in its February 11, 2009 Objection To Motion For Relief From Stay filed by BCM :[3]

> "Larry Becker, son of William Becker, has been involved in the Debtors, since at least 2005. He has also been the manager of daily operations which has included fund raising activities of Telemetrix, and a Director since 2005. He resigned from the Board of Directors sometime just prior to or shortly after the bankruptcy petition was filed. As of March 2008 his beneficial ownership is 11.8%."

> "The Form 10-KSB filed with the United States Securities and Exchange Commission dated, March 7, 2008, did not report that any security interests had been granted to affiliates. In fact, it disclosed that a previously granted security interest in certain equipment held by Becker Capital Management and LB Becker Consulting had been assigned to a new lender."

> "Certainly the motive and the intent of the Becker's and their affiliates should be questioned. The very same individuals have operated these entities, raised and spent a significant amount of capitol, have continued to advance funds now seek to secure their position in the assets at the expense of the creditors and remove these assets from the bankruptcy estate."

> "Again, at a minimum, the Becker affiliates should be required to at a minimum, provide some evidence that these are valid security interests."

---

[3] Quoting from the February 11, 1009 United States Trustee's Objection

29.     After the United States Trustee's February 11, 2009 objection, on Telemetrix moved to have the bankruptcy dismissed which was done on March 11, 2009 by the bankruptcy Court.

30.     The Defendant BCM has never provided a copy of the security agreement(s) in question.

31.     The following is a list of the filing dates of fraudulent UCC Financing Statements and amendments filed by BCM against one or more of the business entities Convey; Tracy Corporation II; Telemetrix:

| | ACTION: | DATE | DOCUMENT |
|---|---|---|---|
| 1. | Original Filing | 08/04/2006 09:27 AM | 9906464352-4 |
| 2. | Amendment | 11/21/2008 04:51 PM | 9908576932-3 |
| 3. | Amendment | 03/13/2009 12:10 PM | 9909589865-7 |
| 4. | Amendment | 03/17/2009 04:43 PM | 9909590325-6 |
| 5. | Lapse Record | 08/05/2011 12:01 AM | 0000000000 0 |
| 6. | Original Filing | 10/15/2008 11:50 AM | 9908573356-8 |
| 7. | Original Filing | 12/22/2008 03:17 PM | 9908580153-7 |
| 8. | Original Filing | 12/22/2008 03:17 PM | 9908580158-7 |
| 9. | Original Filing | 12/22/2008 03:17 PM | 9908580155-1 |
| 10. | Original Filing | 12/22/2008 03:17 PM | 9908580159-9 |
| 11. | Original Filing | 12/22/2008 03:17 PM | 9908580156-3 |

32.     Neither Green Eagle Networks, Inc. nor Green Eagle Communications, Inc. is listed as a creditor on any Nebraska UCC filings.

33.     The foreclosure by the GE Entities in June, 2009 is not supported by any UCC Financing Statement showing GE Entities as having a secured interest in any of the property on which it foreclosed. GE Entities foreclosed on assets described in the above filings captioned as 7, 8, 9, 10, and 11. The records of the Assessor of Scotts Bluff County show that the ownership of those assets was transferred from Tracy Corporation II to Green Eagle Communications on November 23, 2010.

34.     GE Networks has an application pending before the FCC to transfer ownership of the FCC licenses held by Convey to GE Networks. The rules of the FCC do not permit an FCC licensee to encumber a license. It is a general business practice for a creditor to encumber the proceeds from the assignment or transfer of a FCC license and those proceeds then become the

6

collateral of a UCC Financing Statement, which is the collateral description on the above filings captioned 1, 2, 3, 4 and 5. UCC Filing captioned 6 is a blanket collateral description of all assets of Debtor.

35.     The transfers which have occurred and the transfer which is pending with the FCC constitute a fraudulent transfer of assets to GE Entities, both of which are Becker family owned and controlled companies. These transfers occurred so that any creditor suing and obtaining judgment against Telemetrix and/or Convey will have no assets from which to collect judgment. Equally important, this fraudulent transfer strips essentially all the assets from a public corporation and renders the stock of the corporation worthless. The possibility of the company commencing future profitable operation is extinguished because the corporation no longer has assets which may be used to conduct its business.

36.     Generally, the question of whether a fraudulent transfer has occurred is a question of fact. Telemetrix's transfer of substantially all of the assets held by Convey to GE Communications and Telemetrix's proposed assignment of Convey's FCC licenses to GE Networks fits the fraudulent transfer laws of Delaware and Nebraska to a tee. Telemetrix transferred assets, including the assets held by Convey valued at $3.975 million, to the GE Entities in exchange for approximately the same amount of debt purportedly owed by Telemetrix to BCM, who claims to have transferred ownership of an alleged but undocumented liability to the GE Entities. This transaction removed almost $4 million from Telemetrix's books, a fact which was not disclosed in the Form 8 Telemetrix filed with the SEC on July 2, 2009. GE Entities are owned by shareholders who are relatives or affiliates of the Becker family, making the transaction a transfer to an insider for an antecedent debt. Telemetrix was insolvent at the time of the transfer, an absolute fact based on Telemetrix's bankruptcy petition and the fact that its financial position has not changed since it voluntarily dismissed its bankruptcy petition. The Becker family controlled the operation, books and records of Telemetrix and not only had reasonable cause to believe, but absolutely knew, that Telemetrix was insolvent. None of the parties to this series of transactions has provided any documentation for Telemetrix shareholders.

## FIRST CLAIM FOR RELIEF
### Fraudulent Misrepresentation
**(Against William Becker, Larry Becker, Gayle Becker, Gary Brown, Green Eagle
Communications, Inc., Green Eagle Networks, Inc., John and Jane Doe(s) 1 through 15
John Doe Corporations 1 through 10)**

37.     Michael Tracy repeats and realleges Paragraphs 1 through 36 as though fully set forth
herein.

38.     Larry Becker, acting on behalf of BCM claimed to have a security interest in property
owned by Convey.   As a representative of BCM Larry Becker made Nebraska UCC filings in
which he represented a secured interest but does not have an underlying security agreement
which is in violation of Nebraska UCC §9-509 and Nebraska UCC §9-625.

39.     The Plaintiff petitions the Court to order GE Entities to return all fraudulently transferred
assets to the previous owner of record (Telemetrix and/or Convey).

40.     The Plaintiff petitions the Court to order GE Networks to dismiss all applications pending
before the FCC which seek authority to transfer licenses from Convey to GE Networks.

41.     The Plaintiff petitions the Court to order issuance of a Preliminary Injunction against the
Defendant(s) barring completion of any future transaction which would transfer any assets of
Telemetrix and/or Convey to any companies or affiliate companies in which any of the
Defendant(s) hold an ownership interest.

42.     The Plaintiff petitions the Court to permanently enjoin the Defendants from transferring
any assets from Telemetrix for any reason and on any basis pending an investigation of
allegations of fraud against the Defendants.

43.     The Plaintiff petitions the Court to find that the Defendant(s) do not and have never held
a valid secured interest in any of the assets of Telemetrix and/or Convey.

44.     The Plaintiff petitions the Court to find that transfers of property from Convey to GE
Entities were done in violation of applicable Nebraska Uniform Commercial Codes.

## SECOND CLAIM FOR RELIEF
### Civil Conspiracy – Fraud
**(Against William Becker, Larry Becker, Gayle Becker, Gary Brown, Green Eagle
Communications, Inc., Green Eagle Networks, Inc., John and Jane Doe(s) 1 through 15
John Doe Corporations 1 through 10)**

45.     Michael Tracy repeats and realleges Paragraphs1 through 44 as though fully set forth herein.

46.     The Defendant(s) entered into agreements and acted in concert as members of a conspiracy, as a confederation or combination, to commit fraud with the purpose and intent of unlawfully transferring ownership of real and intellectual property, licenses, permits, contracts and agreements and all of the Defendants have taken unlawful acts in furtherance of a conspiracy.

47.     The Defendant(s) acted in concert as members of a conspiracy, as a confederation or combination, to commit fraud through a series of insider contracts and agreements which were formed and entered into by Telemetrix with companies and corporations that are wholly owned by the Defendants and including other companies and corporations in which the Defendants maintain an ownership interest.

48.     The Plaintiff petitions this Court for a finding of fraud against William W. Becker, Gary Brown, Larry Becker and Gayle Becker.

49.  The Plaintiff petitions this Court for a finding that William W. Becker as President, Director, Chief Executive Officer, Chief Operating Officer and Treasurer of Telemetrix; Gary Brown as Secretary and Director of Telemetrix; Larry Becker as a Director and manager of Telemetrix and Gayle Becker as assistant manager of Telemetrix acted in a manner that is illegal, oppressive and fraudulent.

50.     The Plaintiff petitions this Court for a finding that through the individual and collective actions of William W. Becker, Gary Brown, Larry Becker and Gayle Becker the corporate assets of Telemetrix were misapplied, squandered and wasted which has rendered Telemetrix insolvent.

### THIRD CLAIM FOR RELIEF
**Breach Of Fiduciary Duty**
**(Against William W. Becker, Larry Becker, Gayle Becker, Gary Brown)**

51.     Michael Tracy repeats and realleges Paragraphs1 through 50 as though fully set forth herein.

52.     At all times during which the fraudulent UCC filings were made, amended or renewed, and during which time the acts of fraud and civil conspiracy were committed, William W. Becker was President, Director, Chief Executive Officer, Chief Operating Officer and Treasurer

9

of Telemetrix; Gary Brown was Secretary and Director of Telemetrix, Larry Becker was a Director and manager of Telemetrix and Gayle Becker was assistant manager of Telemetrix.

53.    William W. Becker, Gary Brown, Larry Becker and Gayle Becker had complete access to all of Telemetrix's business records and were thoroughly familiar with Telemetrix's operation, assets, liabilities, financial condition, prospects and strategic position. William W. Becker, Gary Brown, Larry Becker and Gayle Becker created or caused to be created false information with regard to financial obligations of Telemetrix.

54.    Neither Larry Becker nor BCM has shown any evidence of a secured financing relationship with Telemetrix. The aforementioned officers, directors and management personnel engaged in and sanctioned a conspiracy which looted the corporation of its remaining assets for the benefit of themselves.

55.    At all times relevant to this claim, a fiduciary relationship arose between William W. Becker, Gary Brown, Larry Becker and Gayle Becker and Telemetrix while all these Defendants acted on Telemetrix's behalf and exercised their discretion with respect to Telemetrix's business operations which constituted a fiduciary responsibility to the Plaintiff.

56.    The Plaintiff as a stockholder in Telemetrix, has standing and petitions the Court for a finding of a breach of fiduciary responsibility against William W. Becker, Gary Brown, Larry Becker and Gayle Becker, as individuals acting as officers, directors and management personnel of Telemetrix, for making fraudulent UCC filings, associated fraudulent representations, actions taken in filing and ultimately dismissing a bankruptcy filing all of which actions were made in association thereof and while acting in a conspiracy and in the commission of fraud.

### FOURTH CLAIM FOR RELIEF
**Action for Accounting**
**(Against William W. Becker, Larry Becker, Gayle Becker, Gary Brown, Telemetrix Inc.,
Convey Communications, Inc., Becker Capital Management, LLC, Green Eagle
Communications, Inc., Green Eagle Networks, Inc., John and Jane Doe(s) 1 through 15
John Doe Corporations 1 through 10)**

57.    Michael Tracy repeats and realleges Paragraphs 1 through 56 as though fully set forth herein.

58.    BCM allegedly loaned money to Telemetrix. During and at the time of making the alleged loan, Larry Becker was a director, manager and in charge of day to day operations of Telemetrix.  Income to the corporation was diverted for the pecuniary interests of the

10

Defendant(s) and ultimately the Defendant(s) were emboldened to commit outright transfers of assets from Telemetrix to corporations owned and controlled by those Defendant(s).

59.    William W. Becker, Gary Brown, Larry Becker and Gayle Becker, as officers, directors and management personnel of Telemetrix created, filed and made unsupported claims for salaries, loans, interest, rent and expenses.

60.    William W. Becker, Gary Brown, Larry Becker and Gayle Becker, as officers, directors and management personnel of Telemetrix approved the pledge of assets held or owned by Telemetrix as collateral for non-corporate loans obtained from the Colorado Business Bank and allowed the Colorado Business Bank to encumber Telemetrix assets. Telemetrix neither received nor been advanced funds from the Colorado Business Bank.

61.    The Plaintiff as a shareholder is entitled to a complete accounting which includes a showing of the proceeds of all loans made to Telemetrix, including all loans purportedly made by the Defendant(s), setting forth the purpose for which such loans were made and identifying the titleholder to any capital assets purchased by such loans. Further, The Plaintiff is entitled to see all documents which substantiate any secured claim in any of the assets of Telemetrix by any party.

62.    The Plaintiff petitions the Court to order immediate production of all corporate records.

## FIFTH CLAIM FOR RELIEF
### Dissolution of Corporation
### (Against Telemetrix Inc., and Convey Communications, Inc.

63.    Michael Tracy repeats and realleges Paragraphs 1 through 62 as though fully set forth herein.

64.    The officers and directors of Telemetrix, Inc. have been in control of the corporation and have acted, are acting and will continue to act in a manner that is illegal, oppressive or fraudulent.

65.    Telemetrix no longer holds itself out as an operating corporation. Mail delivery through the United States Postal Service to the corporate office of record address which is 6650 Gunpark Drive, Boulder, CO 80301 is returned as "ATTEMPTED – NOT KNOWN UNABLE TO FORWARD"

11

66.     Mail service and service of process is refused by the Delaware Registered Agent for Service of Process for Telemetrix which is: Agents and Corporations, Inc., 1201 Orange Street, Suite 600, One Commerce Center, Wilmington, DE 19801.

67.     Telemetrix is insolvent as shown through documents filed in voluntary bankruptcy before United States Bankruptcy Court of the District of Colorado in Case 08-30077-ABC.

68.     Telemetrix re-declared its insolvency in documents filed with the Colorado District Court on November 7, 2011.[4]

69.     The corporate assets have been and continue to be misapplied, squandered or wasted.

70.     The Plaintiff petitions the Court for Dissolution of Telemetrix and Convey; for the appointment of a receiver to manage the affairs of the corporations through dissolution and to distribute the assets of the corporation to the shareholders.

**WHEREFORE**, Michael Tracy respectfully requests that the Court enter judgment as petitioned herein against the Defendant(s) and in addition to the foregoing, award the following relief:

1.  Costs and attorneys' fees as allowed by contract or law; and

2.  Such other relief as the Court deems just and proper.

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone:  308-225-2222

---

[4] Colorado District Court Case No. 2011CV405

12

Case No. CI12-_239_

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>TELEMETRIX INC., CONVEY COMMUNCIATIONS, INC., WILLIAM W. BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN, BECKER CAPITAL MANAGEMENT, LLC., GREEN EAGLE COMMUNICATIONS, INC., GREEN EAGLE NETWORKS, INC., JOHN AND JANE DOE(S) 1 THOUGH 15, JOHN DOE CORPORATIONS 1 THROUGH 10<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      **PRAECIPE**

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc. by United States Certified Mail, return receipt requested, <u>RESTRICTED DELIVERY</u>, postage prepaid, at the following address:

        William W. Becker, President
        Telemetrix Inc.
        c/o Richard Douglas
        105 East 16th Street
        P.O. Box 419
        Scottsbluff, NE
        69363

000146657D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

FILED _March 20, 20 12_
Ann Rosenberry
CLERK OF THE DIST COURT

Image ID:
D00045069D21

| **SUMMONS** |

Doc. No.   45069

IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341 0047

Michael J Tracy v. Telemetrix Inc

Case ID: CI 12    239

TO:  Telemetrix Inc

**FILED BY**
Clerk of the Scotts Bluff District Court
03/30/2012

You have been sued by the following plaintiff(s):

    Michael J Tracy

Plaintiff:           Michael J Tracy
Address:             731 East 38th Street
                     Scottsbluff, NE 69361

Telephone:           (000) 000-0000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MARCH 30, 2012        BY THE COURT:    *Ann Rosenberry*
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Telemetrix Inc
        % Richard Douglas
        105 East 16th Street, PO Box 419
        Scottsbluff, NE 69363

Method of service:  Certified Mail
Special Instructions:
Included: Summons and Complaint

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

Case No. CI12-_239_

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,               )
                                                )
                    Plaintiff,                  )
                                                )
vs.                                             )
                                                )
TELEMETRIX INC., CONVEY                         )
COMMUNCIATIONS, INC., WILLIAM                   )
W. BECKER, LARRY BECKER, GAYLE                  )
BECKER, GARY BROWN, BECKER                      )          **PRAECIPE**
CAPITAL MANAGEMENT, LLC.,                       )
GREEN EAGLE COMMUNICATIONS,                     )
INC., GREEN EAGLE NETWORKS, INC., )
JOHN AND JANE DOE(S) 1 THOUGH 15, )
JOHN DOE CORPORATIONS 1                         )
THROUGH 10                                      )
                                                )
                    Defendants.                 )

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint

for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc.

by United States Certified Mail, return receipt requested, <u>RESTRICTED DELIVERY</u>, postage

prepaid, at the following address:

> William W. Becker, President
> Convey Communications, Inc.
> c/o Richard Douglas
> 105 East 16th Street
> P.O. Box 419
> Scottsbluff, NE
> 69363

000146659D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

FILED _March 30_ 20 _12_
_Ann Rosenberry_
CLERK OF THE DIST COURT

Case No. CI12-*239*

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,       )
                                       )
          Plaintiff,                   )
                                       )
vs.                                    )
                                       )
TELEMETRIX INC., CONVEY                )
COMMUNCIATIONS, INC., WILLIAM          )
W. BECKER, LARRY BECKER, GAYLE         )
BECKER, GARY BROWN, BECKER             )
CAPITAL MANAGEMENT, LLC.,              )          **PRAECIPE**
GREEN EAGLE COMMUNICATIONS,            )
INC., GREEN EAGLE NETWORKS, INC., )
JOHN AND JANE DOE(S) 1 THOUGH 15, )
JOHN DOE CORPORATIONS 1                )
THROUGH 10                             )
                                       )
          Defendants.                  )

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc. by United States Certified Mail, return receipt requested, <u>RESTRICTED DELIVERY</u>, postage prepaid, at the following address:

Convey Communications, Inc.
c/o Richard Douglas
105 East 16th Street
P.O. Box 419
Scottsbluff, NE
69363

000146660D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

FILED *March 30* 20 *12*
*Clerk of the District Court*
CLERK OF THE DIST COURT

| Image ID:<br>D00045071D21 | **SUMMONS** | Doc. No.   45071 |
|---|---|---|

IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341 0047


Michael J Tracy v. Telemetrix Inc

Case ID: CI 12      239


TO:  Convey Communciations, Inc

**FILED BY**
Clerk of the Scotts Bluff District Court
03/30/2012

You have been sued by the following plaintiff(s):

Michael J Tracy




Plaintiff:           Michael J Tracy
Address:             731 East 38th Street
                     Scottsbluff, NE 69361

Telephone:           (000) 000-0000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MARCH 30, 2012      BY THE COURT:   Ann Rosenberry
                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

            Convey Communciations, Inc
            % Richard Douglas
            105 East 16th Street, PO Box 419
            Scottsbluff, NE 69363

Method of service:  Certified Mail
Special Instructions:
Included: Summons and Complaint

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

Case No. CI12-*239*

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TELEMETRIX INC., CONVEY | ) |
| COMMUNCIATIONS, INC., WILLIAM | ) |
| W. BECKER, LARRY BECKER, GAYLE | ) |
| BECKER, GARY BROWN, BECKER | ) |
| CAPITAL MANAGEMENT, LLC., | )    **PRAECIPE** |
| GREEN EAGLE COMMUNICATIONS, | ) |
| INC., GREEN EAGLE NETWORKS, INC., | ) |
| JOHN AND JANE DOE(S) 1 THOUGH 15, | ) |
| JOHN DOE CORPORATIONS 1 | ) |
| THROUGH 10 | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc. by United States Certified Mail, return receipt requested, RESTRICTED DELIVERY, postage prepaid, at the following address:

William W. Becker
Park Lane
West Bay Road
Georgetown
Grand Cayman Islands

000146661D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

```
Image ID:
D00045072D21
```
| **SUMMONS** |
| --- |

Doc. No.   45072

IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
Scotts Bluff County Courthouse
P.O. Box 47
Gering            NE 69341 0047


Michael J Tracy v. Telemetrix Inc

Case ID: CI 12    239


TO:  William W Becker

**FILED BY**
Clerk of the Scotts Bluff District Court
03/30/2012

You have been sued by the following plaintiff(s):

    Michael J Tracy




Plaintiff:         Michael J Tracy
Address:           731 East 38th Street
                   Scottsbluff, NE 69361

Telephone:         (000) 000-0000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MARCH 30, 2012      BY THE COURT:   *Ann Rosenberry*
                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        William W Becker
        Park Lane
        West Bay Road

Method of service:  Certified Mail
Special Instructions:
Included: Summons and Complaint

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

Case No. CI12-_238_

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,    )
        )
      Plaintiff,    )
        )
vs.    )
        )
TELEMETRIX INC., CONVEY    )
COMMUNCIATIONS, INC., WILLIAM    )
W. BECKER, LARRY BECKER, GAYLE    )
BECKER, GARY BROWN, BECKER    )
CAPITAL MANAGEMENT, LLC.,    )    **PRAECIPE**
GREEN EAGLE COMMUNICATIONS,    )
INC., GREEN EAGLE NETWORKS, INC., )
JOHN AND JANE DOE(S) 1 THOUGH 15, )
JOHN DOE CORPORATIONS 1    )
THROUGH 10    )
        )
      Defendants.    )

TO THE CLERK OF SAID COURT:

    Please issue Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc. by United States Certified Mail, return receipt requested, <u>RESTRICTED DELIVERY</u>, postage prepaid, at the following address:

        Larry Becker
        6828 Cheney Court
        Niwot, CO
        80503

000146662D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

FILED May 30, 2012
Clerk District Court
Scotts Bluff Co. NE

| Image ID:<br>D00045073D21 | **SUMMONS** | Doc. No.   45073 |
|---|---|---|

IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
Scotts Bluff County Courthouse
P.O. Box 47
Gering              NE 69341 0047


Michael J Tracy v. Telemetrix Inc

Case ID: CI 12     239


TO:  Larry Becker

**FILED BY**
Clerk of the Scotts Bluff District Court
**03/30/2012**

You have been sued by the following plaintiff(s):

Michael J Tracy




Plaintiff:            Michael J Tracy
Address:              731 East 38th Street
                      Scottsbluff, NE 69361

Telephone:            (000) 000-0000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MARCH 30, 2012      BY THE COURT:  *Ann Rosenberry*
                                          Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Larry Becker
        6828 Cheney Court
        Niwot, CO 80503

Method of service:  Certified Mail
Special Instructions:
Included: Summons and Complaint

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

Case No. CI12-_235_

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,   )
                                   )
            Plaintiff,             )
                                   )
vs.                                )
                                   )
TELEMETRIX INC., CONVEY            )
COMMUNCIATIONS, INC., WILLIAM      )
W. BECKER, LARRY BECKER, GAYLE     )
BECKER, GARY BROWN, BECKER         )
CAPITAL MANAGEMENT, LLC.,          )        **PRAECIPE**
GREEN EAGLE COMMUNICATIONS,        )
INC., GREEN EAGLE NETWORKS, INC., )
JOHN AND JANE DOE(S) 1 THOUGH 15, )
JOHN DOE CORPORATIONS 1            )
THROUGH 10                         )
                                   )
            Defendants.            )

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc. by United States Certified Mail, return receipt requested, <u>RESTRICTED DELIVERY</u>, postage prepaid, at the following address:

Gary Brown
211 Long Canyon Court
Richardson, TX
75080

000146724D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

Case No. CI12-_238_

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,       )
                                        )
                Plaintiff,              )
                                        )
vs.                                     )
                                        )
TELEMETRIX INC., CONVEY                 )
COMMUNCIATIONS, INC., WILLIAM           )
W. BECKER, LARRY BECKER, GAYLE          )
BECKER, GARY BROWN, BECKER              )
CAPITAL MANAGEMENT, LLC.,               )        **PRAECIPE**
GREEN EAGLE COMMUNICATIONS,             )
INC., GREEN EAGLE NETWORKS, INC., )
JOHN AND JANE DOE(S) 1 THOUGH 15, )
JOHN DOE CORPORATIONS 1                 )
THROUGH 10                              )
                                        )
                Defendants.             )

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint

for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc.

by United States Certified Mail, return receipt requested, RESTRICTED DELIVERY, postage

prepaid, at the following address:

Green Eagle Communications, Inc.
C T Corporation System
1024 K Street
Lincoln, NE
68508

000146725D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE  69361
Telephone:  308-225-2222

Image ID:
D00045076D21          **SUMMONS**          Doc. No.   45076

IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
Scotts Bluff County Courthouse
P.O. Box 47
Gering          NE 69341 0047


Michael J Tracy v. Telemetrix Inc

Case ID: CI 12    239


TO:  Green Eagle Communications, Inc

**FILED BY**
Clerk of the Scotts Bluff District Court
03/30/2012

You have been sued by the following plaintiff(s):

    Michael J Tracy




Plaintiff:          Michael J Tracy
Address:            731 East 38th Street
                    Scottsbluff, NE 69361

Telephone:          (000) 000-0000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MARCH 30, 2012      BY THE COURT:   *Ann Rosenberry*      SEAL
                                                Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Green Eagle Communications, Inc
        CT Corporations System
        1024 K Street
        Lincoln, NE 68508

Method of service:  Certified Mail
Special Instructions:
Included: Summons and Complaint

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

Case No. CI12-_237_

## IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TELEMETRIX INC., CONVEY | ) | |
| COMMUNCIATIONS, INC., WILLIAM | ) | |
| W. BECKER, LARRY BECKER, GAYLE | ) | |
| BECKER, GARY BROWN, BECKER | ) | |
| CAPITAL MANAGEMENT, LLC., | ) | **PRAECIPE** |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC., GREEN EAGLE NETWORKS, INC., | ) | |
| JOHN AND JANE DOE(S) 1 THOUGH 15, | ) | |
| JOHN DOE CORPORATIONS 1 | ) | |
| THROUGH 10 | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on Telemetrix Inc. by United States Certified Mail, return receipt requested, <u>RESTRICTED DELIVERY</u>, postage prepaid, at the following address:

> Green Eagle Networks, Inc.
> C T Corporation System
> 1024 K Street
> Lincoln, NE
> 68508



000146726D21

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

_March 30, r. 12_

| Image ID:<br>D00045077D21 | **SUMMONS** | Doc. No.   45077 |
|---|---|---|

```
            IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
                   Scotts Bluff County Courthouse
                   P.O. Box 47
                   Gering          NE 69341 0047
```

Michael J Tracy v. Telemetrix Inc

Case ID: CI 12      239

TO:  Green Eagle Networks, Inc

**FILED BY**
Clerk of the Scotts Bluff District Court
03/30/2012

You have been sued by the following plaintiff(s):

    Michael J Tracy

Plaintiff:              Michael J Tracy
Address:                731 East 38th Street
                        Scottsbluff, NE 69361

Telephone:              (000) 000-0000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date: MARCH 30, 2012        BY THE COURT:    Ann Rosenberry

                                             Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

         Green Eagle Networks, Inc
         CT Corporation System
         1024 K Street
         Lincoln, NE 68508

Method of service:  Certified Mail
Special Instructions:
Included: Summons and Complaint

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

 **SERVICE RETURN**    Doc. No.

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341-0047

Case ID: CI 12   239 Michael J Tracy v. Telemetrix Inc

Received this Summons on _____ April 21 _____ 2012  I hereby certify that on & Complaint

_____ April 23 _____ 2012 at 10:23 o'clock A M. I served copies of the Summons & Complaint
upon the party

# Gayle Becker _____

by personally handing the documents to the person identified to me as

Gayle Becker at 6650 Gunpark Drive, Ste 100,

Boulder, CO 80301.

as required by Nebraska state law

Service and return      $ __ _____

Copy                    _____            000147997D21

Mileage ____ miles      _____

TOTAL                   $ 45.00

Date _____ 4/23/12 _____   BY _____
                              (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail.
TO THE PARTY _____

At the following address _____

_____

_____

on the _____ day of _____ as required by Nebraska state law

_____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____

Gayle
M. ____ Becker                    From: Michael J Tracy              Returned
6812 Cheney Court                  731 East 38th Street
                                   Scottsbluff, NE 69361             FILED Apr 30 20 12
Niwot, CO 80504
                                                                     Ann Rosenberry
                      NORMA J.                                       CLERK OF THE DIST COURT
                      STALLSWORTH         7-7-2015

ATTACH RETURN RECEIPT & RETURN TO COURT

## SERVICE RETURN

Doc. No.    45075

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering          NE 69341.0047

To:
Case ID: CI 12    239 Michael J Tracy v. Telemetrix Inc

Received this Summons on **MARCH 30, 2012** . I hereby certify that on

_____, _____ at _____ o'clock __M.

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy             _____

Mileage ____miles      _____

    TOTAL       $ _____

Date: _____

(Sheriff or authorized person)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

RICHARDSON TX 75080    OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.30 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $4.55 |
| Total Postage & Fees | $ $11.15 |

Postmark Here

0448   12
03/30/2012

Gary Brown
211 Long Canyon Court
Richardson, TX
75080

7011 1570 0000 2336 5915

---

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____ Gary Brown

At the following address: _____ 211 Long Canyon Court
_____ Richardson, Tx
_____ 75080

on the **30** day of **March** **2012**, as required by Nebraska state law.

Michael J. Tracy _____

Postage $ **11.15**    Attorney for: _____

The return receipt for mailing to the party was signed on **April 9, 2012**

To: Gary Brown
    211 Long Canyon Court

Richardson, TX 75080

From: Michael J Tracy
      731 East 38th Street
      Scottsbluff, NE 69361

*Returned +*
FILED **Apr 30** 20 **12**
*Ann Rosenberry*

CLERK OF THE DIST COURT



000147998D21

## TURN RECEIPT & RETURN TO COURT

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gary Brown
211 Long Canyon Court
Richardson, TX
75080

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Gary R Brown* ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
GARY R Brown   4/9/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☑ Yes

2. Article Number
(Transfer from service label)

7011 1570 0000 2336 5915

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SERVICE RETURN**

Doc. No.    45076

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341 0047

TO:
Case ID: CI 12    239 Michael J Tracy v. Telemetrix Inc

Received this Summons on _March 30, 2012_. I hereby certify that on

_____, at _____ o'clock __M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                  _____

Mileage ____miles

    TOTAL             $ _____

Date: _____

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com.
OFFICIAL USE

| Postage | $ | $1.30 | 0449 |
| Certified Fee | | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 455 | $0.00 | |
| Total Postage & Fees | $ | $11.15 | 03/30/2012 |

Green Eagle Communications, Inc.
C T Corporation System
1024 K Street
Lincoln, NE
68508

7011 1570 0000 2336 5977

---

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail.
TO THE PARTY: _Green Eagle Communications, Inc_

At the following address: _C+ Corporation System_
_1024  K  Street_
_Lincoln, NE   68508_

on the _30_ day of _March_ _2012_, as required by Nebraska state law.

_Michael J. Tracy_ 

Postage $ _11.15_    Attorney for: _____

The return receipt for mailing to the party was signed on _April 2, 2012_

To: Green Eagle Communications, Inc
    CT Corporations System
    1024 K Street
    Lincoln, NE 68508

From: Michael J Tracy
      731 East 38th Street
      Scottsbluff, NE 69361

_Returned_
FILED _Apr 30, 2012_
_Ann Rosenberry_
CLERK OF THE DIST COURT

ATTACH              000147999D21              & RETURN TO COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Charlene Hawk_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name) C. Date of Delivery<br>CADA LAW OFFICE 0 2 2012 |
| 1. Article Addressed to:<br><br>Green Eagle Communications, Inc.<br>C T Corporation System<br>1024 K Street<br>Lincoln, NE<br>68508 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 1570 0000 2336 5977 |
| PS Form 3811, February 2004 Domestic Return Receipt | 102595-02-M-1540 |

## SERVICE RETURN

Doc. No.    45077

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering               NE 69341 0047

TO:
Case ID: CI 12     239 Michael J Tracy v. Telemetrix Inc

Received this Summons on __March 30__, __2012__. I hereby certify that on

_____, _____ at ____

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return   $ _____

Copy                      _____

Mileage _____miles    _____

　　TOTAL          $ _____

Date: _____       BY_____
                         (Sheriff or authorized person)

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₃

LINCOLN NE 68508

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.30 | 0449 |
| Certified Fee | | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 4.55 | 10.00 | |
| Total Postage & Fees | $ | 11.15  10.60 | 03/30/2012 |

Green Eagle Networks, Inc.
C T Corporation System
1024 K Street
Lincoln, NE
68508

7011 1570 0000 2336 5522

r Instructions

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: ___Green Eagle Networks, Inc___

At the following address: __CT Corporation System__

___1024  K  Street___

___Lincoln, NE  68508___

on the __30__ day of __March__ __2012__, as required by Nebraska state law.

___Michael Tracy___

Postage $ __11.15__    Attorney for: _____

The return receipt for mailing to the party was signed on __April 2, 2012__

To: Green Eagle Networks, Inc
    CT Corporation System
    1024 K Street
    Lincoln, NE 68508

From: Michael J Tracy
      731 East 38th Street
      Scottsbluff, NE 69361

*Returned +*
FILED __Apr 30 2012__
__Ann Rosenberry__
CLERK OF THE DIST COURT

IRN RECEIPT & RETURN TO COURT



000147995D21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Green Eagle Networks, Inc.
C T Corporation System
1024 K Street
Lincoln, NE
68508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Charlene Hawk*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
CADA LAW OFFICE   APR 0 2 2012

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)   7011 1570 0000 2336 5922

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## SERVICE RETURN

Doc. No.

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341 0047

To:
Case ID: CI 12     239 Michael J Tracy v. Telemetrix Inc

Received this Summons on ___4/21/12___. I hereby certify that on

___April 26___, __2012__ at __6:42__ o'clock __P__ M. I served copies of the Summons + Complaint

upon the party: __Larry Becker__

by __leaving the documents at the Defendant's usual place of abode, with__
__Kyle Becker who is th Defendant's son and whose age is 18.__

as required by Nebraska state law.

Service and return      $ _____

Copy                    _____

Mileage ___miles        _____

TOTAL                   $ __45.00__

Date: __4/26/12__              BY: _____
                                  (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____, as required by Nebraska state law.

_____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____.

To: Larry Becker              From: Michael J Tracy        Returned +
6828 Cheney Court                   731 East 38th Street
                                    Scottsbluff, NE 69361    FILED __May 1__ 20 12
Niwot, CO 80503                                              Ann Rosenberry

                                                             CLERK OF THE DIST COURT



000148007D21

'URN RECEIPT & RETURN TO COURT

## SERVICE RETURN

Doc. No.     45068

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering        NE 69341 0047

To:
Case ID: CI 12     239 Michael J Tracy v. Telemetrix Inc

Received this Summons on _March 30___ 2012_. I hereby certify that on

_____, _____ at _____ o'clock ____M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                    _____

Mileage ____miles       _____

    TOTAL       $ _____

Date: _____ BY

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.30 | 0449 |
| Certified Fee | | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $4.55 | |
| Total Postage & Fees | $ | $11.15 | 03/30/2012 |

Sent To   William W. Becker, President
        Telemetrix Inc
Street, Apt c/o Richard Douglas
or PO Box 105 East 16th Street
City, State   P.O. Box 419
PS Form     Scottsbluff, NE    69363         ctions

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail.
TO THE PARTY: _William Becker, Pres_

At the following address: _Telemetrix Inc_
_c/o Richard Douglas_
_105 East 16th St., P.O. Box 419, Scottsbluff NE 69361_

on the _30_ day of _March_ _2012_, as required by Nebraska state law.

_Michael Tracy_

Postage $_11.15_    Attorney for: _____

The return receipt for mailing to the party was signed on _April 5, 2012_

To: Telemetrix Inc
    William Becker, Presidet
    %Richard Douglas, PO Box 419
    Scottsbluff, NE 69363

From: Michael J Tracy
       731 East 38th Street
       Scottsbluff, NE 69361

_Returned + FILED May 2 2012_
_Ann Rosenbery_
CLERK OF THE DIST COURT



TURN RECEIPT & RETURN TO COURT

000148011D21

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C Weis* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) C. Date of Delivery<br>*Christi Weis* |
| 1. Article Addressed to:<br><br>William W. Becker, President<br>Telemetrix Inc<br>c/o Richard Douglas<br>105 East 16th Street<br>P.O. Box 419<br>Scottsbluff, NE   69363 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*) ☑ Yes |
| 2. Article Number<br>(*Transfer from service*)  7011 1570 0000 2336 5953 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

USPS.com® - Track & Confirm                                    https://tools.usps.com/go/TrackConfirmAction.action

English        Customer Service        USPS Mobile                                        Register / Sign In

**≡USPS.COM**                                                    Search USPS.com or Track Packages

Quick Tools              Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000023366953 | First-Class Mail® | Delivered | April 05, 2012, 1:51 pm | SCOTTSBLUFF, NE 69361 | Expected Delivery By: March 31, 2012 Certified Mail™ Restricted Delivery Return Receipt |
| | | Dispatched to Sort Facility | March 30, 2012, 6:11 pm | SCOTTSBLUFF, NE 69361 | |
| | | Acceptance | March 30, 2012, 3:12 pm | SCOTTSBLUFF, NE 69361 | |

**Check on Another Item**

What's your label (or receipt) number?

LEGAL                          ON USPS.COM                     ON ABOUT.USPS.COM           OTHER USPS SITES
Privacy Policy ›               Government Services ›           About USPS Home ›           Business Customer Gateway ›
Terms of Use ›                 Buy Stamps & Shop ›             Newsroom ›                  Postal Inspectors ›
FOIA ›                         Print a Label with Postage ›    Mail Service Updates ›      Inspector General ›
No FEAR Act EEO Data ›         Customer Service ›              Forms & Publications ›      Postal Explorer ›
                               Site Index ›                    Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## SERVICE RETURN

Doc. No.     45071

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341 0047

To:
Case ID: CI 12      239 Michael J Tracy v. Telemetrix Inc

Received this Summons on **March 30**, **2012**. I hereby certify that on

_____, ____ at _____ o'clock ___M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                   _____

Mileage _____ miles    _____

   TOTAL               $ _____

Date: _____

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

SCOTTSBLUFF NE 69363

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ $1.30    .0449 |
| Certified Fee | $2.95    .12 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $4.55 |
| Total Postage & Fees | $ $11.15   03/30/2012 |

Postmark Here

Sent To: Convey Communications, Inc.
Street: c/o Richard Douglas
or PO: 105 East 16th Street
City, S: P.O. Box 419
Scottsbluff, NE 69363

PS Form ...structions

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Convey Communications, Inc

At the following address: c/o Richard Douglas

105 East 16ᵗʰ St. P.O. Box 419

Scottsbluff, NE 69361

on the **30** day of **March** **2012**, as required by Nebraska state law.

Michael Tracy

Postage $ **11.15**    Attorney for: _____

The return receipt for mailing to the party was signed on **April 5 2012**

Returned +
FILED **May 2** 20**12**
Ann Rosenberry
CLERK OF THE DIST COURT

To: Convey Communications, Inc
  % Richard Douglas
  105 East 16th Street, PO Box 419
  Scottsbluff, NE 69363

From: Michael J Tracy
      731 East 38th Street
      Scottsbluff, NE 69361



000148009D21

RETURN RECEIPT & RETURN TO COURT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Kristi Weis |
| 1. Article Addressed to:<br><br>Convey Communications, Inc.<br>c/o Richard Douglas<br>105 East 16th Street<br>P.O. Box 419<br>Scottsbluff, NE  69363 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☑ Yes |
| 2. Article Number<br>(*Transfer from service lab*)  7011 1570 0000 2336 5946 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

USPS.com® - Track & Confirm                                    https://tools.usps.com/go/TrackConfirmAction.action

English          Customer Service          USPS Mobile                                          Register / Sign In

**USPS.COM**                                                      Search USPS.com or Track Packages

Quick Tools              Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

GET EMAIL UPDATES

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000023365946 | First-Class Mail® | Delivered | April 05, 2012, 1:51 pm | SCOTTSBLUFF, NE 69361 | Expected Delivery By: March 31, 2012 Certified Mail™ Restricted Delivery Return Receipt |
| | | Dispatched to Sort Facility | March 30, 2012, 5:11 pm | SCOTTSBLUFF, NE 69361 | |
| | | Acceptance | March 30, 2012, 3:13 pm | SCOTTSBLUFF, NE 69361 | |

**Check on Another Item**

What's your label (or receipt) number?

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.

## SERVICE RETURN

Doc. No.    45070

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering            NE 69341 0047

To:
Case ID: CI 12    239 Michael J Tracy v. Telemetrix Inc

Received this Summons on MArch 30, 2012. I hereby certify that on

_____, at ____ o'clock ___ M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                      _____

Mileage ____miles     _____

  TOTAL           $ _____

Date: _____    BY _____
                          (Sheriff or authorized person)

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $4.55 |
| Total Postage & Fees | $ | $11.15  03/30/2012 |

Postmark Here

Sent To  William W. Becker, President
             Convey Communications, Inc.
Street,    c/o Richard Douglas
or PO B   105 East 16th Street
City, St    P.O. Box 419
             Scottsbluff, NE 69361

PS Form

### CERTIFIED MAIL
### PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: William BECKER, President

At the following address: Convey Communications, Inc
% Richard Douglas
105 E A St 16th St., P.O. Box 19, Scottsbluff NE 69361

on the 30 day of MArch 2012, as required by Nebraska state law.

Michael J. Tracy,

Postage $ 11.15    Attorney for: _____

The return receipt for mailing to the party was signed on April 5, 2012

To: Convey Communications, Inc
     William Becker, President
     % Richard Douglas, PO Box 419
     Scottsbluff, NE 69363

From: Michael J Tracy
       731 East 38th Street
       Scottsbluff, NE 69361

Returned +
FILED May 2 2012
Ann Rosenberry
CLERK OF THE DIST COURT



000148010D21

'URN RECEIPT & RETURN TO COURT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Weis* ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) *Christi Weis*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>William W. Becker, President<br>Convey Communications, Inc.<br>c/o Richard Douglas<br>105 East 16th Street<br>P.O. Box 419<br>Scottsbluff, NE 69361 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☑ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7011 0110 0002 4968 5373 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

USPS.com® - Track & Confirm

https://tools.usps.com/go/TrackConfirmAction.action

English    Customer Service    USPS Mobile

Register / Sign In

## ⊠USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

GET EMAIL UPDATES 

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110110000249688373 | First-Class Mail® | Delivered | April 05, 2012, 1:51 pm | SCOTTSBLUFF, NE 69361 | Expected Delivery By: March 31, 2012 Certified Mail™ Restricted Delivery Return Receipt |
| | | Dispatched to Sort Facility | March 30, 2012, 5:11 pm | SCOTTSBLUFF, NE 69361 | |
| | | Acceptance | March 30, 2012, 3:13 pm | SCOTTSBLUFF, NE 69361 | |

### Check on Another Item

What's your label (or receipt) number?

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

5/1/2012 3:46 PM

## SERVICE RETURN

Doc. No.    45069

SCOTTS BLUFF DISTRICT COURT
Scotts Bluff County Courthouse
P.O. Box 47
Gering                    NE 69341 0047

To:
Case ID: CI 12    239 Michael J Tracy v. Telemetrix Inc

Received this Summons on _M̲a̲r̲c̲h̲_ _3̲0̲_ , _2̲0̲1̲2̲_ . I hereby certify that on

_____ , _____ at _____ o'clock ___M. I served copies of the Summons

upon the party:

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                   _____

Mileage ____ miles     _____

TOTAL              $ _____

Date: _____

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $1.30 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $4.55 |
| Total Postage & Fees | $ $11.15 |

Postmark Here    12    03/30/2012

Telemetrix Inc.
Sent To c/o Richard Douglas
Street 105 East 16th Street
or PC P.O. Box 419
City, Scottsbluff, NE    69363

---

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _T̲e̲l̲e̲m̲e̲t̲r̲i̲x̲,̲ ̲I̲n̲c̲.̲_

At the following address: _c̲/o̲ ̲R̲i̲c̲h̲a̲r̲d̲ ̲D̲o̲u̲g̲l̲a̲s̲_

_1̲0̲5̲ ̲E̲a̲s̲t̲ ̲1̲6̲t̲h̲ ̲S̲t̲.̲,̲ ̲P̲.̲D̲.̲ ̲B̲o̲x̲ ̲4̲1̲9̲_

_S̲c̲o̲t̲t̲s̲b̲l̲u̲f̲f̲,̲ ̲N̲E̲ ̲6̲9̲3̲6̲1̲_

on the _3̲0̲_ day of _M̲a̲r̲c̲h̲_ _2̲0̲1̲2̲_ , as required by Nebraska state law.

_M̲i̲c̲h̲a̲e̲l̲ ̲T̲r̲a̲c̲y̲_

Postage $ _1̲1̲.̲1̲5̲_    Attorney for: _____

The return receipt for mailing to the party was signed on _A̲p̲r̲i̲l̲ ̲5̲,̲ ̲2̲0̲1̲2̲_ .

To: Telemetrix Inc
    % Richard Douglas
    105 East 16th Street, PO Box 419
    Scottsbluff, NE 69363

From: Michael J Tracy
      731 East 38th Street
      Scottsbluff, NE 69361

Returned +
FILED _M̲a̲y̲ ̲2̲_ 20 _1̲2̲_
Ann Rosenberry

CLERK OF THE DIST COURT



TURN RECEIPT & RETURN TO COURT

000148012D21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Weis_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>_Chrish Weis_ |
| 1. Article Addressed to:<br><br>Telemetrix Inc.<br>c/o Richard Douglas<br>105 East 16th Street<br>P.O. Box 419<br>Scottsbluff, NE      69363 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service labe _ | 7011 1570 0000 2336 5939 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

English    Customer Service    USPS Mobile                                    Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail       Manage Your Mail      Shop      Business Solutions

## Track & Confirm

GET EMAIL UPDATES

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111570000023365939 | First-Class Mail® | Delivered | April 05, 2012, 1:51 pm | SCOTTSBLUFF, NE 69361 | Expected Delivery By: March 31, 2012 Certified Mail™ Restricted Delivery Return Receipt |
| | | Dispatched to Sort Facility | March 30, 2012, 5:11 pm | SCOTTSBLUFF, NE 69361 | |
| | | Acceptance | March 30, 2012, 3:11 pm | SCOTTSBLUFF, NE 69361 | |

**Check on Another Item**

What's your label (or receipt) number?

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

Case No. CI12-239

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,          )
                                          )
          Plaintiff                       )
                                          )
vs.                                       )          **ANSWER OF DEFENDANTS GREEN**
                                          )          **EAGLE COMMUNICATIONS, INC. AND**
TELEMETRIX INC., CONVEY                    )          **GREEN EAGLE NETWORKS, INC.**
COMMUNICATIONS, INC., WILLIAM             )
W. BECKER, LARRY BECKER,                  )
GAYLE BECKER, GARY BROWN,                 )
BECKER CAPITAL MANAGEMENT,                )
LLC, GREEN EAGLE                          )
COMMUNICATIONS, INC. GREEN                )
EAGLE NETWORKS, INC., JOHN AND            )
JANE DOE(S) 1 THROUGH 15, JOHN            )
DOE CORPORATIONS 1 THOUGH 10              )
                                          )
          Defendants.                     )

    Defendants Green Eagle Communications, Inc. and Green Eagle Networks, Inc. (collectively, "Defendants"), through their counsel, Paul W. Snyder, Esq. of Smith, Snyder & Petitt, hereby controvert all the allegations of Plaintiff's Complaint by filing this general denial pursuant to Neb. Ct. R. Pldg. § 6-1108. Defendants retained undersigned counsel on April 30, 2012 and will seek leave of Court to amend this Answer to respond specifically to the allegations of the Complaint and to assert defenses and counterclaims, as appropriate.

    DATED: May 2, 2012

                                    SMTIH, SNYDER & PETITT

                                    Paul W. Snyder, Esq.    #13933
                                    P.O. Box 1204
                                    Scottsbluff, NE 69363              FILED _May 2 20 12_
                                    Phone: (308) 635-3161             _Ann Rosenberry_
                                    Fax: (308) 632-3128               CLERK OF THE DIST COURT
                                    Email: pws@vanlaw.net
                                                                     BY _Jentw Casto_ DEPUTY

                                    *Attorneys For Defendants Green Eagle*
                                    *Communications, Inc. and Green Eagle Networks,*
                                    *Inc.*


000148297D21

1182557-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, a true and correct copy of the foregoing **ANSWER OF DEFENDANTS GREEN EAGLE COMMUNICATIONS, INC. AND GREEN EAGLE NETWORKS, INC.** was placed in the United State mail, first class, postage prepaid, and properly addressed to the following persons:

Michael J. Tracy
731 East 38th Street
Scottsbluff, NE  69361

1182557-1                                   2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000293799
Filing Date: 05/07/2012 01:38:41 PM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | Case No.  CI 12-239 L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION FOR EXTENSION |
| TELEMETRIX INC., CONVEY | ) | OF TIME TO ANSWER OR |
| COMMUNICATIONS, INC., WILLIAM | ) | OTHERWISE RESPOND |
| W. BECKER, LARRY BECKER, GAYLE | ) | |
| BECKER, GARY BROWN, BECKER | ) | |
| CAPITAL MANAGEMENT, LLC., | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC., GREEN EAGLE NETWORKS, INC., | ) | |
| JOHN AND JANE DOE(S) 1 THROUGH | ) | |
| 15, JOHN DOE CORPORATIONS 1 | ) | |
| THROUGH 10, | ) | |
| Defendant. | ) | |

Comes now Defendants, Telemetrix Inc. ("Telemetrix"), Convey Communications, Inc. ("Convey"), and Gary Brown ("Brown") (collectively, "Defendants"), and pursuant to Neb.Rev.St. § 25-1148 and Neb.Ct.Rules of Pleading and Civil Cases § 6-1106(b) and requests an Order of the Court continuing the deadline for Defendants to answer or otherwise respond in this case. In support thereof, counsel for the Defendants state as follows:

1.    This lawsuit involves multiple claims brought by a disgruntled shareholder against numerous entities and out-of-state individuals. Upon information and belief, Defendants Telemetrix and Convey were served by registered mail on April 2, 2012. Service was had upon the companies' registered agent, Mr. Dick Douglas. Also upon information and belief, Brown was served by registered mail approximately a week later.

2.    Mr. Douglas passed away on April 12, 2012. As a result, Defendants have needed some additional time to arrange for counsel of their choosing.

3.    Defendants have now procured out-of-state counsel and local counsel in recent days. For a number of reasons, however, Defendants require an extension of time to answer or otherwise respond to Plaintiff's Complaint. Specifically: Defendants' counsel are looking into coverage issues for Defendants, or some of them; the legal and factual issues presented in Plaintiff's Complaint are somewhat complex and require additional time to research in order to

1

frame proper responsive pleadings; and Defendants' out-of-state counsel must complete *Pro Hac Vice* applications.

4.      Defendants believe that an extension of time of thirty (30) days, through and including June 6, 2012, is sufficient to make substantial progress, or complete, those issues identified above. Defendants contend that good cause exists, as a result of the issues above, to grant an extension of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendants Telemetrix, Convey, and Brown pray for an order of the Court extending the deadline for pleading or answering for the reasons set forth herein.

TELEMETRIX INC. and CONVEY
COMMUNICATIONS, INC., Defendant


_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone: 308/632-7191
Facsimile: 308/635-1387


## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _7th_ day of May, 2012, postage fully prepaid, addressed as follows:

Michael J. Tracy
731 East 38th Street
Scottsbluff NE  69361


_____
PHILIP M. KELLY

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000293799
Filing Date: 05/07/2012 01:38:41 PM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, ) | Case No.  CI 12-239 L |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | MOTION FOR EXTENSION |
| TELEMETRIX INC., CONVEY ) | OF TIME TO ANSWER OR |
| COMMUNICATIONS, INC., WILLIAM ) | OTHERWISE RESPOND |
| W. BECKER, LARRY BECKER, GAYLE ) | |
| BECKER, GARY BROWN, BECKER ) | |
| CAPITAL MANAGEMENT, LLC., ) | |
| GREEN EAGLE COMMUNICATIONS, ) | |
| INC., GREEN EAGLE NETWORKS, INC.,) | |
| JOHN AND JANE DOE(S) 1 THROUGH ) | |
| 15, JOHN DOE CORPORATIONS 1 ) | |
| THROUGH 10, ) | |
| Defendant. ) | |

Comes now Defendants, Telemetrix Inc. ("Telemetrix"), Convey Communications, Inc. ("Convey"), and Gary Brown ("Brown") (collectively, "Defendants"), and pursuant to Neb.Rev.St. § 25-1148 and Neb.Ct.Rules of Pleading and Civil Cases § 6-1106(b) and requests an Order of the Court continuing the deadline for Defendants to answer or otherwise respond in this case. In support thereof, counsel for the Defendants state as follows:

1.      This lawsuit involves multiple claims brought by a disgruntled shareholder against numerous entities and out-of-state individuals. Upon information and belief, Defendants Telemetrix and Convey were served by registered mail on April 2, 2012. Service was had upon the companies' registered agent, Mr. Dick Douglas. Also upon information and belief, Brown was served by registered mail approximately a week later.

2.      Mr. Douglas passed away on April 12, 2012. As a result, Defendants have needed some additional time to arrange for counsel of their choosing.

3.      Defendants have now procured out-of-state counsel and local counsel in recent days. For a number of reasons, however, Defendants require an extension of time to answer or otherwise respond to Plaintiff's Complaint. Specifically: Defendants' counsel are looking into coverage issues for Defendants, or some of them; the legal and factual issues presented in Plaintiff's Complaint are somewhat complex and require additional time to research in order to

1

frame proper responsive pleadings; and Defendants' out-of-state counsel must complete *Pro Hac Vice* applications.

4.    Defendants believe that an extension of time of thirty (30) days, through and including June 6, 2012, is sufficient to make substantial progress, or complete, those issues identified above.  Defendants contend that good cause exists, as a result of the issues above, to grant an extension of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendants Telemetrix, Convey, and Brown pray for an order of the Court extending the deadline for pleading or answering for the reasons set forth herein.


TELEMETRIX INC. and CONVEY
COMMUNICATIONS, INC., Defendant


PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387


## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the 7th day of May, 2012, postage fully prepaid, addressed as follows:

Michael J. Tracy
731 East 38th Street
Scottsbluff NE  69361


PHILIP M. KELLY

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000293799
Filing Date: 05/07/2012 01:38:41 PM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, )<br><br>    Plaintiff, )<br><br>vs. )<br><br>TELEMETRIX INC., CONVEY )<br>COMMUNICATIONS, INC., WILLIAM )<br>W. BECKER, LARRY BECKER, GAYLE )<br>BECKER, GARY BROWN, BECKER )<br>CAPITAL MANAGEMENT, LLC., )<br>GREEN EAGLE COMMUNICATIONS, )<br>INC., GREEN EAGLE NETWORKS, INC., )<br>JOHN AND JANE DOE(S) 1 THROUGH )<br>15, JOHN DOE CORPORATIONS 1 )<br>THROUGH 10, )<br>    Defendant. ) | Case No.  CI 12-239 L<br><br><br><br>MOTION FOR EXTENSION<br>OF TIME TO ANSWER OR<br>OTHERWISE RESPOND |

Comes now Defendants, Telemetrix Inc. ("Telemetrix"), Convey Communications, Inc. ("Convey"), and Gary Brown ("Brown") (collectively, "Defendants"), and pursuant to Neb.Rev.St. § 25-1148 and Neb.Ct.Rules of Pleading and Civil Cases § 6-1106(b) and requests an Order of the Court continuing the deadline for Defendants to answer or otherwise respond in this case. In support thereof, counsel for the Defendants state as follows:

1. This lawsuit involves multiple claims brought by a disgruntled shareholder against numerous entities and out-of-state individuals. Upon information and belief, Defendants Telemetrix and Convey were served by registered mail on April 2, 2012. Service was had upon the companies' registered agent, Mr. Dick Douglas. Also upon information and belief, Brown was served by registered mail approximately a week later.

2. Mr. Douglas passed away on April 12, 2012. As a result, Defendants have needed some additional time to arrange for counsel of their choosing.

3. Defendants have now procured out-of-state counsel and local counsel in recent days. For a number of reasons, however, Defendants require an extension of time to answer or otherwise respond to Plaintiff's Complaint. Specifically: Defendants' counsel are looking into coverage issues for Defendants, or some of them; the legal and factual issues presented in Plaintiff's Complaint are somewhat complex and require additional time to research in order to

1

frame proper responsive pleadings; and Defendants' out-of-state counsel must complete *Pro Hac Vice* applications.

4.     Defendants believe that an extension of time of thirty (30) days, through and including June 6, 2012, is sufficient to make substantial progress, or complete, those issues identified above. Defendants contend that good cause exists, as a result of the issues above, to grant an extension of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendants Telemetrix, Convey, and Brown pray for an order of the Court extending the deadline for pleading or answering for the reasons set forth herein.

> TELEMETRIX INC. and CONVEY
> COMMUNICATIONS, INC., Defendant
>
> _____
> PHILIP M. KELLY, NSBA #15427
> DOUGLAS, KELLY, OSTDIEK and OSSIAN
> a professional corporation
> Attorneys at Law
> 105 East 16th Street - P.O. Box 419
> Scottsbluff, Nebraska 69363-0419
> Telephone: 308/632-7191
> Facsimile: 308/635-1387

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _7th_ day of May, 2012, postage fully prepaid, addressed as follows:

Michael J. Tracy
731 East 38th Street
Scottsbluff NE  69361

_____
PHILIP M. KELLY

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000294209
Filing Date: 05/07/2012 04:57:57 PM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TELEMETRIX INC., CONVEY )<br>COMMUNICATIONS, INC., WILLIAM )<br>W. BECKER, LARRY BECKER, GAYLE )<br>BECKER, GARY BROWN, BECKER )<br>CAPITAL MANAGEMENT, LLC., )<br>GREEN EAGLE COMMUNICATIONS, )<br>INC., GREEN EAGLE NETWORKS, INC.,)<br>JOHN AND HANE DOE(S) 1 THROUGH )<br>15, JOHN DOE CORPORATIONS 1 )<br>THROUGH 10, )<br>Defendant. ) | Case No.  CI 12-239 L<br><br><br>NOTICE OF HEARING |

YOU ARE HEREBY NOTIFIED that a hearing has been scheduled regarding Defendants, Telemetrix Inc. and Convey Communications, Inc., Motion for Extension of Time to Plead or Answer.   Said matter shall be heard before the above Court on the _15_ day of _May_, 2012, at _8:30_ _.m. by affidavit evidence.

TELEMETRIX INC. and CONVEY
COMMUNICATIONS, INC., Defendant

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

1

**CERTIFICATE OF MAILING/SERVICE**

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _7th_ day of May, 2012, postage fully prepaid, addressed as follows:

Michael J. Tracy
731 East 38th Street
Scottsbluff NE  69361

_____
PHILIP M. KELLY

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000294209
Filing Date: 05/07/2012 04:57:57 PM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

|  |  |
|---|---|
| MICHAEL J. TRACY, an individual, ) | Case No.  CI 12-239 L |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF HEARING |
| TELEMETRIX INC., CONVEY ) | |
| COMMUNICATIONS, INC., WILLIAM ) | |
| W. BECKER, LARRY BECKER, GAYLE ) | |
| BECKER, GARY BROWN, BECKER ) | |
| CAPITAL MANAGEMENT, LLC., ) | |
| GREEN EAGLE COMMUNICATIONS, ) | |
| INC., GREEN EAGLE NETWORKS, INC.,) | |
| JOHN AND HANE DOE(S) 1 THROUGH ) | |
| 15, JOHN DOE CORPORATIONS 1 ) | |
| THROUGH 10, ) | |
| Defendant. ) | |

YOU ARE HEREBY NOTIFIED that a hearing has been scheduled regarding Defendants, Telemetrix Inc. and Convey Communications, Inc., Motion for Extension of Time to Plead or Answer.   Said matter shall be heard before the above Court on the _15_ day of _____*May*_____, 2012, at _8:30_ __.m. by affidavit evidence.

TELEMETRIX INC. and CONVEY
COMMUNICATIONS, INC., Defendant

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

1

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _7th_ day of May, 2012, postage fully prepaid, addressed as follows:

Michael J. Tracy
731 East 38th Street
Scottsbluff NE 69361

_____
PHILIP M. KELLY

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000294209
Filing Date: 05/07/2012 04:57:57 PM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,    )    Case No.  CI 12-239 L
                    )
          Plaintiff,      )
                    )
vs.                    )
                    )    NOTICE OF HEARING
TELEMETRIX INC., CONVEY      )
COMMUNICATIONS, INC., WILLIAM  )
W. BECKER, LARRY BECKER, GAYLE )
BECKER, GARY BROWN, BECKER   )
CAPITAL MANAGEMENT, LLC.,    )
GREEN EAGLE COMMUNICATIONS,  )
INC., GREEN EAGLE NETWORKS, INC.,)
JOHN AND HANE DOE(S) 1 THROUGH )
15, JOHN DOE CORPORATIONS 1    )
THROUGH 10,                )
          Defendant.     )

YOU ARE HEREBY NOTIFIED that a hearing has been scheduled regarding Defendants, Telemetrix Inc. and Convey Communications, Inc., Motion for Extension of Time to Plead or Answer.    Said matter shall be heard before the above Court on the _15_ day of ___May___, 2012, at _8:30_ ___.m. by affidavit evidence.

TELEMETRIX INC. and CONVEY
COMMUNICATIONS, INC., Defendant

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

1

**CERTIFICATE OF MAILING/SERVICE**

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _7th_ day of May, 2012, postage fully prepaid, addressed as follows:

Michael J. Tracy
731 East 38th Street
Scottsbluff NE  69361

_____
PHILIP M. KELLY

2

Case No. CI12-*239*

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TELEMETRIX INC., CONVEY | ) |
| COMMUNCIATIONS, INC., WILLIAM | ) |
| W. BECKER, LARRY BECKER, GAYLE | ) |
| BECKER, GARY BROWN, BECKER | ) |
| CAPITAL MANAGEMENT, LLC., | ) **PRAECIPE** |
| GREEN EAGLE COMMUNICATIONS, | ) |
| INC., GREEN EAGLE NETWORKS, INC., | ) |
| JOHN AND JANE DOE(S) 1 THOUGH 15, | ) |
| JOHN DOE CORPORATIONS 1 | ) |
| THROUGH 10 | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF SAID COURT:

Please issue Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on William W. Becker by the bailiff of The Clerk of the Court, Judicial Administration, P.O. Box 495, George Town, Grand Cayman KY1-1106, Cayman Islands at the following address:

William W. Becker
Park Lane
West Bay Road
Georgetown
Grand Cayman Islands

FILED *May 10* 20 *12*
*Ann Rosenberry*
CLERK OF THE DIST COURT

BY *Santos Casto* DEPUTY

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222



000148670D21

Service of foreign proceedings in the Cayman Islands is dealt with under the provisions of Order 69 of our Grand Court Rules. Although the Cayman Islands is not a signatory to the Hague Convention, certain parts of the Convention have been extended to the Cayman Islands by statutory instruments implemented in England and Wales. It is as a result of this that Order 69 came into being which essentially replicates those provisions, a copy of which we have enclosed for your information.

As we mentioned before, the process involves a request being made from the relevant US Court to our Clerk of the Court, to ask her to arrange for service of the documents. The address for the Clerk of the Court is "The Clerk of the Court, Judicial Administration, P.O. Box 495, George Town, Grand Cayman KY1-1106, Cayman Islands". The request must be accompanied by two copies of the documents to be served. Service will then be effected personally by the Court's bailiff who will leave the documents to be served at the party's last known address. The bailiff will then produce an Affidavit of Service to that effect unless there are special requirements for service.

The following is the link to the Hague Convention website which takes you to the evidence section and provides a sample of a fillable form of request, which may assist as the form of the request seems to vary according to the jurisdiction issuing the request. The importance of this is to ensure the necessary information is in the request to enable the Cayman Court to readily recognise the request being made.

http://www.hcch.net/index_en.php?act=text.display&tid=23

Once you have the letter of request of in hand, we would recommend that you courier this to us, together with the documents to be served rather than send them directly to the Court. By doing so, we are able to track the documents, ensure their proper filing with the Clerk of Court and report to you in a timely manner.

Image ID:                    **SUMMONS**
D00045667D21                                          Doc. No.    45667

IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
                Scotts Bluff County Courthouse
                P.O. Box 47
                Gering              NE 69341 0047


Michael J Tracy v. Telemetrix Inc
                                              Case ID: CI 12    239


TO:  William W Becker

                                         **FILED BY**
                                    Clerk of the Scotts Bluff District Court
                                              05/10/2012

You have been sued by the following plaintiff(s):

     Michael J Tracy




Plaintiff:           Michael J Tracy
Address:             731 East 38th Street
                     Scottsbluff, NE 69361

Telephone:           (000) 000-0000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MAY 10, 2012        BY THE COURT:   *Ann Rosenberry*          [SEAL]
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

          William W Becker
          Park Lane,West Bay Road
          Georgetown,Grand Cayman Islands

BY:  Authorized Person
Method of service:  Personal Service

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, ) | Case No.  CI 12-239 L |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | JOURNAL ENTRY |
| TELEMETRIX INC., CONVEY ) | |
| COMMUNICATIONS, INC., WILLIAM ) | |
| W. BECKER, LARRY BECKER, GAYLE ) | |
| BECKER, GARY BROWN, BECKER ) | |
| CAPITAL MANAGEMENT, LLC., ) | |
| GREEN EAGLE COMMUNICATIONS, ) | |
| INC., GREEN EAGLE NETWORKS, INC.,) | |
| JOHN AND HANE DOE(S) 1 THROUGH ) | |
| 15, JOHN DOE CORPORATIONS 1 ) | |
| THROUGH 10, ) | |
| Defendant. ) | |

THIS matter came on for hearing on the Defendants', Telemetrix, Inc., Convey Communications, Inc. and Gary Brown, Motion for Extension of Time to Answer or Otherwise Respond. The Defendants' attorney, Philip Kelly was present. The Plaintiff, Michael Tracy was present.

The Court inquired of the Plaintiff if he had any objection to the Motion for Extension and was advised he did not object.

It is therefore ordered the Defendants' Motion is granted and Defendant shall have until June 11, 2012 to plead or otherwise answer the Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  *May 18, 2012*

000149145D21

FILED *May 18 2012*

CLERK OF THE DIST COURT

District Judge

1

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _15th_ day of May, 2012, postage fully prepaid, addressed as follows:

Michael J. Tracy
731 East 38th Street
Scottsbluff NE  69361

Paul W. Snyder
Attorney at Law
PO Box 1204
Scottsbluff NE  69363-1204

_Philip Kelly_
PHILIP M. KELLY

2

Case No. CI12-239

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **DEFENDANTS LARRY BECKER,** |
| ) | **GAYLE BECKER, AND BECKER** |
| TELEMETRIX INC., CONVEY ) | **CAPITAL MANAGEMENT, LLC's** |
| COMMUNICATIONS, INC., WILLIAM ) | **MOTION TO DISMISS AND GREEN** |
| W. BECKER, LARRY BECKER, ) | **EAGLE COMMUNICATIONS, INC.** |
| GAYLE BECKER, GARY BROWN, ) | **AND GREEN EAGLE NETWORKS,** |
| BECKER CAPITAL MANAGEMENT, ) | **INC.'S MOTION FOR JUDGMENT ON** |
| LLC, GREEN EAGLE ) | **THE PLEADINGS** |
| COMMUNICATIONS, INC. GREEN ) | |
| EAGLE NETWORKS, INC., JOHN AND ) | |
| JANE DOE(S) 1 THROUGH 15, JOHN ) | |
| DOE CORPORATIONS 1 THOUGH 10 ) | |

Defendants.

Through their attorneys, SMITH, SNYDER, & PETITT, Defendants Larry Becker, Gayle

Becker, and Becker Capital Management, LLC ("BCM") hereby move to dismiss the Complaint

("Complaint") of Plaintiff Michael J. Tracy ("Plaintiff") pursuant to Neb. Ct. Pldg. Civ. Actions

§6-1112(b)(2) and (6), and Defendants Green Eagle Communications, Inc. ("GEC") and Green

Eagle Networks, Inc. ("GEN")[1] move for Judgment on the Pleadings for failure to state a claim

upon which relief can be granted pursuant to Neb. Ct. Pldg. Civ. Actions §6-1112(c).  As

grounds for this Motion, the GE Defendants state as follows.[2]

    1.    All claims against Gayle Becker should be dismissed because Plaintiff fails to

plead facts establishing that this Court has personal jurisdiction over her.

---

[1] Larry Becker, Gayle Becker, BCM, GEC, and GEN are collectively referred to herein as the "GE Defendants."
[2] GEC and GEN move for judgment on the pleadings because they already filed a General Denial in this action, dated May 2, 2012. Pursuant to Neb. Ct. Pldg. Civ. Actions §6-1112(h), a defense for failure to state a claim may be brought by motion for judgment on the pleadings.

1192020.3

000149377D21



FILED _May 23_ 20 _12_

_Ann Rosenberry_

CLERK OF THE DIST COURT

2.      Claim One fails to state a claim for fraudulent misrepresentation because Plaintiff does not allege that he relied on any misrepresentations made by the GE Defendants.   In addition, Plaintiff fails to plead his fraud claim with particularity as required by Rule 9(b).

3.      Claims Two and Three should be dismissed because Plaintiff lacks standing.  A shareholder does not have standing to bring an action in his name to recover for wrongs done to the corporation.

4.      To the extent Claim Two alleges a conspiracy to commit fraudulent misrepresentation upon Plaintiff, Claim Two fails to state a claim.  A civil conspiracy is not actionable if the plaintiff cannot state a claim as to the alleged underlying misconduct.

5.      To the extent Plaintiff seeks to exercise his statutory right as shareholder to inspect the books and records of Telemetrix, Inc. ("Telemetrix"), Claim Four fails to state a claim as to any of the Defendants other than Telemetrix.  If Plaintiff intends to plead an action for accounting, he fails to state a claim because he only alleges that Telemetrix, not he, is owed anything by the GE Defendants.

WHEREFORE, Defendants Larry Becker, Gayle Becker, BCM, GEC, and GEN respectfully request that the Court enter an Order dismissing Plaintiff's claims against them and for such other and further relief as the Court deems just and appropriate, and in support thereof file their Notice of Hearing concurrently herewith.

DATED: May 23, 2012

SMITH, SNYDER & PETITT

Paul W. Snyder, NSBA #13933
P.O. Box 1204
Scottsbluff, NE 69363
Phone: (308) 635-3161
Fax: (308) 632-3128
Email: pws@vanlaw.net

*Attorneys For Defendants Larry Becker, Gayle
Becker, Becker Capital Management, LLC, Green
Eagle Communications, Inc. and Green Eagle
Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2012, a true and correct copy of the foregoing **DEFENDANTS LARRY BECKER, GAYLE BECKER, AND BECKER CAPITAL MANAGEMENT, LLC's, MOTION TO DISMISS AND GREEN EAGLE COMMUNICATIONS, INC. AND GREEN EAGLE NETWORKS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS** was placed in the United State mail, first class, postage prepaid, and properly addressed to the following persons:

Michael J. Tracy
731 East 38th Street
Scottsbluff, NE 69361

Philip M. Kelley
Douglas, Kelley, Ostdiek and Ossian
105 E. 16th Street – P.O. Box 419
Scottsbluff, NE 69363

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,

                Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                Defendants.

Case No. CI 12-239 (L)

**NOTICE OF HEARING**

Please take notice that Defendants Larry Becker, Gayle Becker, and Becker Capital Management, LLC's Motion to Dismiss and Green Eagle Communications, Inc. and Green Eagle Networks, Inc.'s Motion for Judgment on the Pleadings will come on to be heard on the 5th day of June, 2012 at the hour of 3:30 o'clock P.M.

000149378D21

LARRY BECKER, GAYLE BECKER
AND BECKER CAPITAL
MANAGEMENT, LLC, AND
GREEN EAGLE COMMUNICATIONS,
INC. AND GREEN EAGLE NETWORKS,
INC., DEFENDANTS

By _____
Paul W. Snyder, NSBA #13933
One of their attorneys
SMITH, SNYDER & PETITT
A General Partnership
1904 First Avenue, P.O. Box 1204
Scottsbluff, NE 69363-1204
308/635-3161
308/632-3128 (fax)
pws@vanlaw.net

FILED May 23, 20 12
Ann Rosenberry
CLERK OF THE DIST COURT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Notice of Hearing was sent on this _23_ day of May, 2012, to:

**Philip M. Kelly**
**Douglas, Kelly, Ostdiek & Ossian**
**105 East 16th Street**
**PO Box 419**
**Scottsbluff, NE 69363-0419**
**fax 308/635-1387**
**email pkelly@scottsblufflaw.com by:**

☐ Hand Delivery                    ☐ Certified Mail
☐ Fax                              ☐ Electronic Mail
☒ Regular United States Mail, Postage Prepaid

and:

**Michael J. Tracy**
**731 East 38th Street**
**Scottsbluff, NE 69361 by:**

☐ Hand Delivery                    ☐ Certified Mail
☐ Fax                              ☐ Electronic Mail
☒ Regular United States Mail, Postage Prepaid

Paul W. Snyder

**IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA**

MICHAEL J. TRACY, an individual,

                Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                Defendants.

Case No. CI 12-239 (L)

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 6 of the Rules of the Supreme Court of Nebraska governing Admission
of Attorneys, K. C. Groves and Benjamin J. Larson, Colorado attorneys, and Paul W. Snyder, a
Nebraska attorney, hereby move for the admission *pro hac vice* of K. C. Groves and Benjamin J.
Larson for practice before this Court with regard to the above-captioned case.

1.  K. C. Groves practices law in Colorado and utilizes the following professional contact
    information:
    K. C. Groves
    Ireland Stapleton Pryor & Pascoe, PC
    1675 Broadway, Suite 2600
    Denver, CO 80202
    303/628-3642
    KCGroves@irelandstapleton.com

2.  Benjamin J. Larson practices law in Colorado and utilizes the following professional
    contact information:
    Benjamin J. Larson
    Ireland Stapleton Pryor & Pascoe, PC
    1675 Broadway, Suite 2600
    Denver, CO 80202
    303/628-3642
    BLarson@irelandstapleton.com

FILED _June 4 20 12_
Ann Rosenberry
**CLERK OF THE DIST COURT**

BY _Dontee Cartie_ DEPUTY

000149771D21

3.  K.C. Groves and Benjamin J. Larson will be the attorneys for Larry Becker, Gayle Becker, and Becker Capital Management LLC and Green Eagle Communications, Inc. and Green Eagle Networks, Inc. in the above-captioned case.

4.  K. C. Groves is licensed to practice law in Colorado with the attorney number 20832.

5.  K. C. Groves is an attorney in good standing in the State of Colorado. He is not the subject of any disciplinary proceeding or investigation.

6.  K.C. Groves acknowledges that he is subject to the Rules of Professional Conduct, Neb. Ct. R. of Prof. Cond. 3-501.0 upon admission *pro hac vice.*

7.  K.C. Groves has associated with and is appearing with Paul W. Snyder, a Nebraska attorney, NSBA #13933, and resident of Nebraska. Service upon Larry Becker, Gayle Becker and Becker Capital Management, LLC, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. and their attorneys may be made on Paul W. Snyder in this matter with the same force and effect as though served on Larry Becker, Gayle Becker and Becker Capital Management, LLC, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. or their attorneys.

8.  Benjamin J. Larson is licensed to practice law in Colorado with the attorney number 42540.

9.  Benjamin J. Larson is an attorney in good standing in the State of Colorado. He is not the subject of any disciplinary proceeding or investigation

10. Benjamin J. Larson acknowledges that he is subject to the Rules of Professional Conduct, Neb. Ct. R. of Prof. Cond. 3-501.0 upon admission *pro hac vice.*

11. Benjamin J. Larson has associated with and is appearing with Paul W. Snyder, a Nebraska attorney, NSBA #13933, and resident of Nebraska. Service upon Larry Becker, Gayle Becker and Becker Capital Management, LLC,, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. and their attorneys may be made on Paul W. Snyder in this matter with the same force and effect as though served on Larry Becker, Gayle Becker and Becker Capital Management, LLC, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. or their attorneys.

12. As required by Nebraska Court Rule §3-106 both K. C. Groves and Benjamin J. Larson have taken the Oath required by attorneys practicing before the Courts of Nebraska and these Oaths will be filed upon granting of this Motion.

LARRY BECKER, GAYLE BECKER
AND BECKER CAPITAL
MANAGEMENT, LLC, AND
GREEN EAGLE COMMUNICATIONS,
INC. AND GREEN EAGLE NETWORKS,
INC., DEFENDANTS

By _____

Paul W. Snyder, NSBA #13953
One of their attorneys
SMITH, SNYDER & PETITT
A General Partnership
1904 First Avenue
P.O. Box 1204
Scottsbluff, NE 69363-1204
308/635-3161
308/632-3128 (fax)
pws@vanlaw.net

By: _____

K.C. Groves, CSBA # 20832
One of their attorneys
Ireland Stapleton Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202
303/628-3642
KCGroves@irelandstapleton.com

By: _____

Benjamin J. Larson, CSBA # 42540
One of their attorneys
Ireland Stapleton Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202
303/628-3642
BLarson@irelandstapleton.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion for Admission Pro Hac Vice was sent on this _____ day of June, 2012, to:

**Philip M. Kelly**
**Douglas, Kelly, Ostdiek & Ossian**
**105 East 16th Street**
**PO Box 419**
**Scottsbluff, NE  69363-0419**
**fax 308/635-1387**
**email pkelly@scottsblufflaw.com by:**

☐ Hand Delivery                                    ☐ Certified Mail
☐ Fax                                              ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

and:

**James L. Zimmerman**
**1615 2nd Avenue**
**PO Box 70**
**Scottsbluff, NE  69363-0070**
**Fax 308/630-0932**
**Email jlz@jlzlaw.com;**

☐ Hand Delivery                                    ☐ Certified Mail
☐ Fax                                              ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

Paul W. Snyder

JUN -- 4 2012

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,

                              Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                              Defendants.

Case No. CI 12-239 (L)

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 6 of the Rules of the Supreme Court of Nebraska governing Admission
of Attorneys, K. C. Groves and Benjamin J. Larson, Colorado attorneys, and Paul W. Snyder, a
Nebraska attorney, hereby move for the admission *pro hac vice* of K. C. Groves and Benjamin J.
Larson for practice before this Court with regard to the above-captioned case.

1. K. C. Groves practices law in Colorado and utilizes the following professional contact
   information:
   > K. C. Groves
   > Ireland Stapleton Pryor & Pascoe, PC
   > 1675 Broadway, Suite 2600
   > Denver, CO 80202
   > 303/628-3642
   > KCGroves@irelandstapleton.com

2. Benjamin J. Larson practices law in Colorado and utilizes the following professional
   contact information:
   > Benjamin J. Larson
   > Ireland Stapleton Pryor & Pascoe, PC
   > 1675 Broadway, Suite 2600
   > Denver, CO 80202
   > 303/628-3642
   > BLarson@irelandstapleton.com

FILED _June 4_ 20 _13_

_Ann Rosenberry_

**CLERK OF THE DIST COURT**

BY _Santee Canto_ DEPUTY



000149772D21

3. K.C. Groves and Benjamin J. Larson will be the attorneys for Larry Becker, Gayle Becker, and Becker Capital Management LLC and Green Eagle Communications, Inc. and Green Eagle Networks, Inc. in the above-captioned case.

4. K. C. Groves is licensed to practice law in Colorado with the attorney number 20832.

5. K. C. Groves is an attorney in good standing in the State of Colorado. He is not the subject of any disciplinary proceeding or investigation.

6. K.C. Groves acknowledges that he is subject to the Rules of Professional Conduct, Neb. Ct. R. of Prof. Cond. 3-501.0 upon admission *pro hac vice*.

7. K.C. Groves has associated with and is appearing with Paul W. Snyder, a Nebraska attorney, NSBA #13933, and resident of Nebraska. Service upon Larry Becker, Gayle Becker and Becker Capital Management, LLC, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. and their attorneys may be made on Paul W. Snyder in this matter with the same force and effect as though served on Larry Becker, Gayle Becker and Becker Capital Management, LLC, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. or their attorneys.

8. Benjamin J. Larson is licensed to practice law in Colorado with the attorney number 42540.

9. Benjamin J. Larson is an attorney in good standing in the State of Colorado. He is not the subject of any disciplinary proceeding or investigation

10. Benjamin J. Larson acknowledges that he is subject to the Rules of Professional Conduct, Neb. Ct. R. of Prof. Cond. 3-501.0 upon admission *pro hac vice*.

11. Benjamin J. Larson has associated with and is appearing with Paul W. Snyder, a Nebraska attorney, NSBA #13933, and resident of Nebraska. Service upon Larry Becker, Gayle Becker and Becker Capital Management, LLC,, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. and their attorneys may be made on Paul W. Snyder in this matter with the same force and effect as though served on Larry Becker, Gayle Becker and Becker Capital Management, LLC, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. or their attorneys.

12. As required by Nebraska Court Rule §3-106 both K. C. Groves and Benjamin J. Larson have taken the Oath required by attorneys practicing before the Courts of Nebraska and these Oaths will be filed upon granting of this Motion.

LARRY BECKER, GAYLE BECKER
AND BECKER CAPITAL
MANAGEMENT, LLC, AND
GREEN EAGLE COMMUNICATIONS,
INC. AND GREEN EAGLE NETWORKS,
INC., DEFENDANTS

By _____
Paul W. Snyder, NSBA #13953
One of their attorneys
SMITH, SNYDER & PETITT
A General Partnership
1904 First Avenue
P.O. Box 1204
Scottsbluff, NE 69363-1204
308/635-3161
308/632-3128 (fax)
pws@znanlaw.net

By: _____
K.C. Groves, CSBA # 20832
One of their attorneys
Ireland Stapleton Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202
303/628-3642
KCGroves@irelandstapleton.com

By: _____
Benjamin J. Larson, CSBA # 42540
One of their attorneys
Ireland Stapleton Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202
303/628-3642
BLarson@irelandstapleton.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion for Admission Pro Hac Vice was sent on this ____ day of June, 2012, to:

**Philip M. Kelly**
**Douglas, Kelly, Ostdiek & Ossian**
**105 East 16th Street**
**PO Box 419**
**Scottsbluff, NE 69363-0419**
**fax 308/635-1387**
**email pkelly@scottsblufflaw.com by:**

☐ Hand Delivery                  ☐ Certified Mail
☐ Fax                               ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

and:

**James L. Zimmerman**
**1615 2nd Avenue**
**PO Box 70**
**Scottsbluff, NE 69363-0070**
**Fax 308/630-0932**
**Email jlz@jlzlaw.com;**

☐ Hand Delivery                  ☐ Certified Mail
☐ Fax                               ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

_____
Paul W. Snyder

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,

                Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                Defendants.

Case No. CI 12-239 (L)

**OATH**

The undersigned K. C. Groves, is admitted to and is engaged in the practice of law in the
Court of the State of Colorado, and makes the following oath:

I do solemnly swear that I will support the Constitution of the United States of America and the
Constitution of the State of Nebraska, and that I will faithfully discharge the duties of an attorney and
counselor according to the best of my abilities.

DATED this _3/5ᵗ_ day of _May_, 2012.

                             K. C. GROVES

STATE OF COLORADO     )
                      ) ss.
COUNTY OF _DENVER_   )

K. C. Groves, being first duly sworn upon oath, deposes and states that he is the person named in
the foregoing instrument, and knows that the facts recited therein are accurate and complete to the best of
his knowledge and belief.

                             K. C. GROVES

SUBSCRIBED AND SWORN to before me this _3/5ᵗ_ day of _May_, 2012, by
K. Groves, known to me personally or who has produced satisfactory evidence of identification to me.



My Commission Expires: _10-1-12_           Notary Public

FILED _June 4_ 20 _12_

Ann Rosenberry

CLERK OF THE DIST COURT

BY _Shanitra Carter_ DEPUTY

000149773D21

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,

                Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                Defendants.

Case No. CI 12-239 (L)

**OATH**

    The undersigned Benjamin J. Larson, is admitted to and is engaged in the practice of law in the Court of the State of Colorado, and makes the following oath:

    I do solemnly swear that I will support the Constitution of the United States of America and the Constitution of the State of Nebraska, and that I will faithfully discharge the duties of an attorney and counselor according to the best of my abilities.

    DATED this _31st_ day of _May_, 2012.

                                   BENJAMIN J. LARSON

STATE OF COLORADO    )
                      ) ss.
COUNTY OF _Denver_    )

    Benjamin J. Larson, being first duly sworn upon oath, deposes and states that he is the person named in the foregoing instrument, and knows that the facts recited therein are accurate and complete to the best of his knowledge and belief.

                                   BENJAMIN J. Larson

    SUBSCRIBED AND SWORN to before me this _31st_ day of _May_, 2012, by Benjamin J. Larson, known to me personally or who has produced satisfactory evidence of identification

                                   Sharon Miralau
    My Commission Expires:  _10-1-12_      Notary Public

FILED _June 4_ 20 _12_
Ann Rosenberry
CLERK OF THE DIST COURT
BY _Denise Casto_ DEPUTY



000149774D21

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,

                Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                Defendants.

Case No. CI 12-239 (L)

**ORDER ADMITTING**

The above-captioned matter, having come on before this Court upon Motion to Admit K. C. Groves and Benjamin J. Larson *Pro Hac Vice*, Paul W. Snyder having vouched for the good moral character of K. C. Groves and Benjamin J. Larson, who have taken the Oath required by Neb. Ct. R §3-106, and this Court having considered the Motion, and being duly advised in the premises, it is

ORDERED that the Motion to admit K. C. Groves and Benjamin J. Larson *Pro Hac Vice* is hereby granted and that said attorneys may appear in this case as Counsel for Defendants Larry Becker, Gayle Becker and Becker Capital Management, LLC, and Green Eagle Communications, Inc. and Green Eagle Networks, Inc.

DATED this _____ day of _____, 2012.

BY THE COURT:

_____
DISTRICT COURT JUDGE

FILED _June 4 20 12_
_Ann Rosenberry_
CLERK OF THE DIST COURT

BY _Sandra Carlo_ DEPUTY

000149775D21

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Order Admitting was sent on this _____ day of June, 2012, to:

**Philip M. Kelly**
**Douglas, Kelly, Ostdiek & Ossian**
**105 East 16th Street**
**PO Box 419**
**Scottsbluff, NE  69363-0419**
**fax 308/635-1387**
**email pkelly@scottsblufflaw.com by:**

☐ Hand Delivery                              ☐ Certified Mail
☐ Fax                                        ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

and:

**James L. Zimmerman**
**1615 2nd Avenue**
**PO Box 70**
**Scottsbluff, NE  69363-0070**
**Fax 308/630-0932**
**Email jlz@jlzlaw.com**

☐ Hand Delivery                              ☐ Certified Mail
☐ Fax                                        ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

Paul W. Snyder

JUN - 5 2012

CASE NO. CI 12-239
IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,            )
                                            )
            Plaintiff,                      )
                                            )
vs.                                         )            **JOURNAL ENTRY**
                                            )
TELEMETRIX INC, CONVEY                      )
COMMUNICATIONS, INC., WILLIAM               )
W. BECKER, LARRY BECKER, GAYLE              )
BECKER, GARY BROWN, BECKER                  )
CAPITAL MANAGEMENT, LLC.,                   )
GREEN EAGLE COMMUNICATIONS,                 )
INC., GREEN EAGLE NETWORKS, INC.,           )
JOHN AND JANE DOE(S) I THROUGH 15,          )
JOHN DOE CORPORATIONS I                     )
THROUGH 10,                                 )

            Defendants.

On this 30th day of May, 2012, the oral Motion to Continue hearing set for

June 5, 2012 made by James L. Zimmerman, who is entering his appearance on

behalf of Plaintiff, Michael J. Tracy, came on for telephonic hearing.  Plaintiff

appeared by his attorney, James L. Zimmerman.  Defendants Larry Becker,

Gayle Becker, Becker Capital Management, LLC, Green Eagle Communications,

and Green Eagle Networks, Inc. appeared by their attorney Paul W. Snyder.

Upon consideration of the records and files herein, discussion with

counsel, the Court finds the hearing should be continued and all parties agreed

that when attorneys from other states have been admitted pro hoc vice a request

to set a hearing will be made by these defendants.

FILED June 5, 20 12

CLERK OF THE DIST COURT

000149961D21

BY THE COURT:

_____
District Judge

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent by first class United States mail, postage prepaid, on this 4th day of June, 2012 to:  Philip M. Kelly, Attorney at Law, PO Box 419, Scottsbluff, NE  69363-0419 and Paul Snyder, Attorney at Law, PO Box 1204, Scottsbluff, ne  69363-1204

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000330699
Filing Date: 06/11/2012 12:24:45 PM MDT

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | Case No. CI 12-239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TELEMETRIX, INC.; CONVEY | ) | **DEFENDANTS TELEMETRIX, INC.,** |
| COMMUNICATIONS, INC.; WILLIAM | ) | **CONVEY COMMUNICATIONS, INC.,** |
| W. BECKER; LARRY BECKER; GAYLE | ) | **AND GARY BROWN'S MOTION TO** |
| BECKER; GARY BROWN; BECKER | ) | **DISMISS** |
| CAPITAL MANAGEMENT, LLC; | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC.; GREEN EAGLE NETWORKS, INC.; | ) | |
| JOHN AND JANE DOE(S) 1 – 15; and | ) | |
| JOHN DOE CORPORATIONS 1 – 10, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Telemetrix, Inc., Convey Communications, Inc., and Gary Brown (collectively "Telemetrix Defendants"), by and through their attorneys, Douglas, Kelly, Ostdiek and Ossian, hereby move to dismiss the Complaint of Plaintiff Michael J. Tracy ("Plaintiff") pursuant to Neb. Ct. Pldg. Civ. Actions § 6-1112(b)(2) and (6). As grounds for this Motion, the Telemetrix Defendants state as follows:

1.      Claim One, "Fraudulent Misrepresentation" alleged against Gary Brown ("Brown"), fails to state a claim for relief because Plaintiff does not allege that he relied on any misrepresentations made by Brown. Further, Plaintiff fails to plead his claim for fraud with the particularity required by Rule 6-1109(b). As to Claim One, Brown joins in those arguments set forth by Larry Becker, Gayle Becker, Becker Capital Management, LLC, Green Eagle Communications, Inc., and Green Eagle Networks, Inc. (collectively "GE Defendants").

2.      Claims Two and Three, "Civil Conspiracy – Fraud" and "Breach of Fiduciary Duty", fail to state claims because Plaintiff lacks standing to assert these claims for relief. A shareholder does not have standing to bring an action in his name to recover for wrongs done to the corporation. Further, to the extent that Claim Two relies upon Plaintiff to succeed on his underlying claim of "Fraud", it must fail because Plaintiff's Fraudulent Misrepresentation claim should be dismissed. As to Claims Two and Three, Brown joins in those arguments set forth by the GE Defendants.

3.      Claim Four, "Action for Accounting", similarly fails to state a claim. To the extent that Plaintiff seeks to inspect books and records of a corporation pursuant to Neb. Rev. Stat. § 21-20,183(1), he lacks standing to maintain such a claim against either Brown or Convey Communications, Inc. ("Convey") because he is not a shareholder. And as to Telemetrix, Inc. ("Telemetrix"), Plaintiff fails to allege that he has satisfied the conditions precedent set forth in

the statute. To the extent that Plaintiff seeks a common law accounting against the Telemetrix Defendants, whether in law or in equity, he fails to allege the necessary elements to state his claim. As to Claim Four, the Telemetrix Defendants join in those arguments set forth by the GE Defendants.

4.    Claim Five, "Dissolution of Corporation", fails to state a claim against Convey because Plaintiff, as a non-shareholder, lacks standing under Neb. Rev. Stat. § 21-20,162(2)(a). Plaintiff also fails to plead his claim for Dissolution with the particularity required by Rule 6-1109(b) and it should, therefore, be dismissed.

WHEREFORE, Defendants Telemetrix, Inc., Convey Communications, Inc., and Gary Brown request that this Court enter an Order dismissing Plaintiff's claims against them and for such other and further relief as the Court deems appropriate. Defendants file their Notice of Hearing concurrently herewith.

DATED this 11th day of June, 2012.

> TELEMETRIX, INC., CONVEY
> COMMUNICATIONS, INC., and
> GARY BROWN, Defendants
>
>
> _Philip Kelly_
> _____
> PHILIP M. KELLY, NSBA #15427
> DOUGLAS, KELLY, OSTDIEK and OSSIAN
> a professional corporation
> Attorneys at Law
> 105 East 16th Street - P.O. Box 419
> Scottsbluff, Nebraska 69363-0419
> Telephone:  308/632-7191
> Facsimile:  308/635-1387

2

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the 11th day of June, 2012, postage fully prepaid, addressed as follows:

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE  69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

PHILIP M. KELLY

3

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000330699
Filing Date: 06/11/2012 12:24:45 PM MDT

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, ) | Case No. CI 12-239 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TELEMETRIX, INC.; CONVEY ) | **DEFENDANTS TELEMETRIX, INC.,** |
| COMMUNICATIONS, INC.; WILLIAM ) | **CONVEY COMMUNICATIONS, INC.,** |
| W. BECKER; LARRY BECKER; GAYLE ) | **AND GARY BROWN'S MOTION TO** |
| BECKER; GARY BROWN; BECKER ) | **DISMISS** |
| CAPITAL MANAGEMENT, LLC; ) | |
| GREEN EAGLE COMMUNICATIONS, ) | |
| INC.; GREEN EAGLE NETWORKS, INC.; ) | |
| JOHN AND JANE DOE(S) 1 – 15; and ) | |
| JOHN DOE CORPORATIONS 1 – 10, ) | |
| ) | |
| Defendants. ) | |

Defendants Telemetrix, Inc., Convey Communications, Inc., and Gary Brown (collectively "Telemetrix Defendants"), by and through their attorneys, Douglas, Kelly, Ostdiek and Ossian, hereby move to dismiss the Complaint of Plaintiff Michael J. Tracy ("Plaintiff") pursuant to Neb. Ct. Pldg. Civ. Actions § 6-1112(b)(2) and (6). As grounds for this Motion, the Telemetrix Defendants state as follows:

1. Claim One, "Fraudulent Misrepresentation" alleged against Gary Brown ("Brown"), fails to state a claim for relief because Plaintiff does not allege that he relied on any misrepresentations made by Brown. Further, Plaintiff fails to plead his claim for fraud with the particularity required by Rule 6-1109(b). As to Claim One, Brown joins in those arguments set forth by Larry Becker, Gayle Becker, Becker Capital Management, LLC, Green Eagle Communications, Inc., and Green Eagle Networks, Inc. (collectively "GE Defendants").

2. Claims Two and Three, "Civil Conspiracy – Fraud" and "Breach of Fiduciary Duty", fail to state claims because Plaintiff lacks standing to assert these claims for relief. A shareholder does not have standing to bring an action in his name to recover for wrongs done to the corporation. Further, to the extent that Claim Two relies upon Plaintiff to succeed on his underlying claim of "Fraud", it must fail because Plaintiff's Fraudulent Misrepresentation claim should be dismissed. As to Claims Two and Three, Brown joins in those arguments set forth by the GE Defendants.

3. Claim Four, "Action for Accounting", similarly fails to state a claim. To the extent that Plaintiff seeks to inspect books and records of a corporation pursuant to Neb. Rev. Stat. § 21-20,183(1), he lacks standing to maintain such a claim against either Brown or Convey Communications, Inc. ("Convey") because he is not a shareholder. And as to Telemetrix, Inc. ("Telemetrix"), Plaintiff fails to allege that he has satisfied the conditions precedent set forth in

the statute.  To the extent that Plaintiff seeks a common law accounting against the Telemetrix Defendants, whether in  law or in equity, he fails to allege the necessary elements to state his claim.  As to Claim Four, the Telemetrix Defendants join in those arguments set forth by the GE Defendants.

4.     Claim Five, "Dissolution of Corporation", fails to state a claim against Convey because Plaintiff, as a non-shareholder, lacks standing under Neb. Rev. Stat. § 21-20,162(2)(a). Plaintiff also fails to plead his claim for Dissolution with the particularity required by Rule 6-1109(b) and it should, therefore, be dismissed.

WHEREFORE, Defendants Telemetrix, Inc., Convey Communications, Inc., and Gary Brown request that this Court enter an Order dismissing Plaintiff's claims against them and for such other and further relief as the Court deems appropriate.  Defendants file their Notice of Hearing concurrently herewith.

DATED this 11th day of June, 2012.

> TELEMETRIX, INC., CONVEY
> COMMUNICATIONS, INC., and
> GARY BROWN, Defendants
>
>
> _____
> PHILIP M. KELLY, NSBA #15427
> DOUGLAS, KELLY, OSTDIEK and OSSIAN
> a professional corporation
> Attorneys at Law
> 105 East 16th Street - P.O. Box 419
> Scottsbluff, Nebraska 69363-0419
> Telephone:  308/632-7191
> Facsimile:  308/635-1387

2

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the 11th day of June, 2012, postage fully prepaid, addressed as follows:

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE  69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

_____
PHILIP M. KELLY

3

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000330699
Filing Date: 06/11/2012 12:24:45 PM MDT

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | Case No. CI 12-239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TELEMETRIX, INC.; CONVEY | ) | **DEFENDANTS TELEMETRIX, INC.,** |
| COMMUNICATIONS, INC.; WILLIAM | ) | **CONVEY COMMUNICATIONS, INC.,** |
| W. BECKER; LARRY BECKER; GAYLE | ) | **AND GARY BROWN'S MOTION TO** |
| BECKER; GARY BROWN; BECKER | ) | **DISMISS** |
| CAPITAL MANAGEMENT, LLC; | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC.; GREEN EAGLE NETWORKS, INC.; | ) | |
| JOHN AND JANE DOE(S) 1 – 15; and | ) | |
| JOHN DOE CORPORATIONS 1 – 10, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Telemetrix, Inc., Convey Communications, Inc., and Gary Brown (collectively "Telemetrix Defendants"), by and through their attorneys, Douglas, Kelly, Ostdiek and Ossian, hereby move to dismiss the Complaint of Plaintiff Michael J. Tracy ("Plaintiff") pursuant to Neb. Ct. Pldg. Civ. Actions § 6-1112(b)(2) and (6). As grounds for this Motion, the Telemetrix Defendants state as follows:

1. Claim One, "Fraudulent Misrepresentation" alleged against Gary Brown ("Brown"), fails to state a claim for relief because Plaintiff does not allege that he relied on any misrepresentations made by Brown. Further, Plaintiff fails to plead his claim for fraud with the particularity required by Rule 6-1109(b). As to Claim One, Brown joins in those arguments set forth by Larry Becker, Gayle Becker, Becker Capital Management, LLC, Green Eagle Communications, Inc., and Green Eagle Networks, Inc. (collectively "GE Defendants").

2. Claims Two and Three, "Civil Conspiracy – Fraud" and "Breach of Fiduciary Duty", fail to state claims because Plaintiff lacks standing to assert these claims for relief. A shareholder does not have standing to bring an action in his name to recover for wrongs done to the corporation. Further, to the extent that Claim Two relies upon Plaintiff to succeed on his underlying claim of "Fraud", it must fail because Plaintiff's Fraudulent Misrepresentation claim should be dismissed. As to Claims Two and Three, Brown joins in those arguments set forth by the GE Defendants.

3. Claim Four, "Action for Accounting", similarly fails to state a claim. To the extent that Plaintiff seeks to inspect books and records of a corporation pursuant to Neb. Rev. Stat. § 21-20,183(1), he lacks standing to maintain such a claim against either Brown or Convey Communications, Inc. ("Convey") because he is not a shareholder. And as to Telemetrix, Inc. ("Telemetrix"), Plaintiff fails to allege that he has satisfied the conditions precedent set forth in

the statute.  To the extent that Plaintiff seeks a common law accounting against the Telemetrix Defendants, whether in  law or in equity, he fails to allege the necessary elements to state his claim.  As to Claim Four, the Telemetrix Defendants join in those arguments set forth by the GE Defendants.

4.    Claim Five, "Dissolution of Corporation", fails to state a claim against Convey because Plaintiff, as a non-shareholder, lacks standing under Neb. Rev. Stat. § 21-20,162(2)(a). Plaintiff also fails to plead his claim for Dissolution with the particularity required by Rule 6-1109(b) and it should, therefore, be dismissed.

WHEREFORE, Defendants Telemetrix, Inc., Convey Communications, Inc., and Gary Brown request that this Court enter an Order dismissing Plaintiff's claims against them and for such other and further relief as the Court deems appropriate.  Defendants file their Notice of Hearing concurrently herewith.

DATED this 11th day of June, 2012.

TELEMETRIX, INC., CONVEY
COMMUNICATIONS, INC., and
GARY BROWN, Defendants


_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

2

**CERTIFICATE OF MAILING/SERVICE**

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the 11th day of June, 2012, postage fully prepaid, addressed as follows:

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE  69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

_____
PHILIP M. KELLY

3

| Image ID:<br>D00046174D21 | **SUMMONS** | Doc. No.   46174 |
|---|---|---|

```
IN THE DISTRICT COURT OF Scotts Bluff COUNTY, NEBRASKA
       Scotts Bluff County Courthouse
       P.O. Box 47
       Gering          NE 69341 0047
```

Michael J Tracy v. Telemetrix Inc

Case ID: CI 12      239

TO:  William W Becker

**FILED BY**
Clerk of the Scotts Bluff District Court
06/20/2012

You have been sued by the following plaintiff(s):

    Michael J Tracy

```
Plaintiff's Attorney:    James L Zimmerman
Address:                 1615 Second Avenue
                         P.O. Box 700
                         Scottsbluff, NE 69363-0700
Telephone:               (308) 630-0909
```

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  JUNE 20, 2012        BY THE COURT:   *Ann Rosenberry*
                                            Clerk

[SEAL: CLERK OF THE DISTRICT COURT · SCOTTS BLUFF COUNTY, NE]

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        William W Becker
        2159 West Bay Road
        Grand Cayman Islands
        George Town, BH

BY:  Foreign Officer
Method of service:  Personal Service
Special Instructions:
Clerk of Court Bailiff,Judicial Administration,PO Box 495,George Town,
Grand Cayman Islands KY1-1106:Serve copy of the Complaint for
Delivery upon the Defendants

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

Case No. CI12-239

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,       )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )
                                       )
TELEMETRIX INC., CONVEY                )
COMMUNCIATIONS, INC., WILLIAM          )
W. BECKER, LARRY BECKER, GAYLE         )
BECKER, GARY BROWN, BECKER             )
CAPITAL MANAGEMENT, LLC.,              )        **PRAECIPE FOR**
GREEN EAGLE COMMUNICATIONS,            )        **ALIAS SUMMONS**
INC., GREEN EAGLE NETWORKS, INC., )
JOHN AND JANE DOE(S) 1 THOUGH 15, )
JOHN DOE CORPORATIONS 1                )
THROUGH 10                             )
                                       )
            Defendants.                )

TO THE CLERK OF SAID COURT:

Please issue Alias Summons in the above-captioned matter, together with a copy of the Complaint for delivery on the Defendants and deliver the same to Michael Tracy for service on William W. Becker by the bailiff of The Clerk of the Court, Judicial Administration, P.O. Box 495, George Town, Grand Cayman KY1-1106, Cayman Islands at the following address:

William W. Becker
2159 West Bay Road
Georgetown
Grand Cayman Islands

000150706D21

FILED June 20 2012
Clm Y...........
CLERK OF THE DIST COURT

Respectfully Submitted,

MICHAEL J. TRACY, Plaintiff

731 East 38th Street
Scottsbluff, NE 69361
Telephone: 308-225-2222

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000345247
Filing Date: 06/22/2012 10:54:49 AM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | Case No. CI 12-239 L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF HEARING |
| TELEMETRIX INC., CONVEY | ) | |
| COMMUNICATIONS, INC., WILLIAM | ) | |
| W. BECKER, LARRY BECKER, GAYLE | ) | |
| BECKER, GARY BROWN, BECKER | ) | |
| CAPITAL MANAGEMENT, LLC., | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC., GREEN EAGLE NETWORKS, INC., | ) | |
| JOHN AND HANE DOE(S) 1 THROUGH | ) | |
| 15, JOHN DOE CORPORATIONS 1 | ) | |
| THROUGH 10, | ) | |
| Defendant. | ) | |

YOU ARE HEREBY NOTIFIED that a hearing has been scheduled regarding Defendants, Telemetrix Inc., Convey Communications, Inc. and Gary Brown's, Motion to Dismiss. Said matter shall be heard before the above Court on the 3rd day of August, 2012, at 11:00 a.m. by affidavit evidence.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC. and
GARY BROWN, Defendant

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

1

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the 22nd day of June, 2012, postage fully prepaid, addressed as follows:

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE  69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

K.C. Groves
Benjamin J. Larson
Attorneys at Law
1675 Broadway, Suite 2600
Denver CO  80202

PHILIP M. KELLY

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000345247
Filing Date: 06/22/2012 10:54:49 AM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | Case No.  CI 12-239 L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF HEARING |
| TELEMETRIX INC., CONVEY | ) | |
| COMMUNICATIONS, INC., WILLIAM | ) | |
| W. BECKER, LARRY BECKER, GAYLE | ) | |
| BECKER, GARY BROWN, BECKER | ) | |
| CAPITAL MANAGEMENT, LLC., | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC., GREEN EAGLE NETWORKS, INC., | ) | |
| JOHN AND HANE DOE(S) 1 THROUGH | ) | |
| 15, JOHN DOE CORPORATIONS 1 | ) | |
| THROUGH 10, | ) | |
| Defendant. | ) | |

YOU ARE HEREBY NOTIFIED that a hearing has been scheduled regarding Defendants, Telemetrix Inc., Convey Communications, Inc. and Gary Brown's, Motion to Dismiss.   Said matter shall be heard before the above Court on the 3rd day of August, 2012, at 11:00 a.m. by affidavit evidence.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC. and
GARY BROWN, Defendant

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

1

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _22nd_ day of June, 2012, postage fully prepaid, addressed as follows:

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE  69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

K.C. Groves
Benjamin J. Larson
Attorneys at Law
1675 Broadway, Suite 2600
Denver CO  80202

PHILIP M. KELLY

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000345247
Filing Date: 06/22/2012 10:54:49 AM MDT

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | Case No. CI 12-239 L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF HEARING |
| TELEMETRIX INC., CONVEY | ) | |
| COMMUNICATIONS, INC., WILLIAM | ) | |
| W. BECKER, LARRY BECKER, GAYLE | ) | |
| BECKER, GARY BROWN, BECKER | ) | |
| CAPITAL MANAGEMENT, LLC., | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC., GREEN EAGLE NETWORKS, INC., | ) | |
| JOHN AND HANE DOE(S) 1 THROUGH | ) | |
| 15, JOHN DOE CORPORATIONS 1 | ) | |
| THROUGH 10, | ) | |
| Defendant. | ) | |

YOU ARE HEREBY NOTIFIED that a hearing has been scheduled regarding Defendants, Telemetrix Inc., Convey Communications, Inc. and Gary Brown's, Motion to Dismiss.   Said matter shall be heard before the above Court on the 3rd day of August, 2012, at 11:00 a.m. by affidavit evidence.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC. and
GARY BROWN, Defendant

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

1

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the *22nd* day of June, 2012, postage fully prepaid, addressed as follows:

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE  69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

K.C. Groves
Benjamin J. Larson
Attorneys at Law
1675 Broadway, Suite 2600
Denver CO  80202

_____
PHILIP M. KELLY

2

JUN 2 2 2012

# IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,

                Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                Defendants.

Case No. CI 12-239 (L)

**NOTICE OF HEARING**

      You are hereby notified that the Defendants', Larry Becker, Gayle Becker and Becker Capital Management, LLC's, Motion to Dismiss, and the Defendants', Green Eagle Communications, Inc. and Green Eagle Networks, Inc., Motion for Judgment on the Pleadings, will be heard in open Court on the 3rd day of August, 2012, at the hour of 11:00 o'clock A.M. at the District Courtroom in the Scotts Bluff County Courthouse in Gering, Nebraska before the Honorable Randall R. Lippstreu.

                                      LARRY BECKER, GAYLE BECKER
                                      AND BECKER CAPITAL
                                      MANAGEMENT, LLC, AND
                                      GREEN EAGLE COMMUNICATIONS,
                                      INC. AND GREEN EAGLE NETWORKS,
                                      INC., DEFENDANTS

                          By                                      
                                  Paul W. Snyder, NSBA #13933
                                  One of their attorneys
                                  SMITH, SNYDER & PETITT
                                  A General Partnership
                                  1904 First Avenue, P.O. Box 1204
                                  Scottsbluff, NE 69363-1204
                                  308/635-3161
                                  308/632-3128 (fax)
                                  pws@vanlaw.net

FILED June 22 20 12

CLERK OF THE DIST COURT

BY _____ DEPUTY



000150761D21

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Hearing was sent on this _21_ day of June, 2012, to:

**Philip M. Kelly**
**Douglas, Kelly, Ostdiek & Ossian**
**105 East 16th Street**
**PO Box 419**
**Scottsbluff, NE  69363-0419**
**Fax 308/635-1387**
**Email pkelly@scottsblufflaw.com, by:**

□ Hand Delivery                                    □ Certified Mail
□ Fax                                                     ☒ Electronic Mail
□ Regular United States Mail, Postage Prepaid

and:

**James L. Zimmerman**
**1615 2nd Avenue**
**PO Box 70**
**Scottsbluff, NE  69363-0070**
**Fax 308/630-0932**
**Email jlz@jlzlaw.com, by:**

□ Hand Delivery                                    □ Certified Mail
□ Fax                                                     ☒ Electronic Mail
□ Regular United States Mail, Postage Prepaid

Paul W. Snyder

\*\* 2 \* 2012

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,       )       Case No.  CI 12-239 L
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )
                                        )       **MOTION FOR ADMISSION**
TELEMETRIX INC., CONVEY                 )       *PRO HAC VICE*
COMMUNICATIONS, INC., WILLIAM           )
W. BECKER, LARRY BECKER, GAYLE          )
BECKER, GARY BROWN, BECKER              )
CAPITAL MANAGEMENT, LLC.,               )
GREEN EAGLE COMMUNICATIONS,             )
INC., GREEN EAGLE NETWORKS, INC.,       )
JOHN AND HANE DOE(S) 1 THROUGH          )
15, JOHN DOE CORPORATIONS 1             )
THROUGH 10,                             )
            Defendant.                  )

Pursuant to Rule 3-106 of the Nebraska Rules of the Supreme Court, Defendants Telemetrix Inc., Convey Communications, Inc., and Gary Brown, and attorney Philip M. Kelly, member of the Nebraska State Bar Association, in good standing, move the Court for an order admitting Daniel K. Calisher and Brian C. Proffitt, members of the firm of Foster, Graham, Milstein & Calisher, LLP, *pro hac vice* in this case.   In support of this motion, the movant states as follows:

1.      Daniel K. Calisher and Brian C. Proffitt have expertise regarding the legal issues raised in this case and they are of good moral character.

2.      Daniel K. Calisher and Brian C. Proffitt will be representing Telemetrix Inc., Convey Communications, Inc., and Gary Brown.

3.      Daniel K. Calisher is licensed to practice in the State of Colorado, bar number 28196. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4.      Brian C. Proffitt is licensed to practice in the State of Colorado, bar number 31101.

5.      Daniel K. Calisher and Brian C. Proffitt are in good standing and eligible to practice law in the above listed jurisdictions and neither is subject to any disciplinary action or investigation.



FILED _June 26_ 20 _12_

~~Ann Rosenberry~~

**CLERK OF THE DIST COURT**

BY _Denise Casto_ DEPUTY

000150964D21

1

6.     Both applicants acknowledge they will be subject to the rules of professional conduct, Nebraska Court Rules of Professional Conduct § 3-501.023-508.5 upon admission *pro hac vice*.

7.     Daniel K. Calisher and Brian C. Proffitt are associating with Philip M. Kelly and the law firm of Douglas, Kelly, Ostdiek and Ossian, who are residents of Nebraska and are duly and regularly admitted to practice in the Courts of the State of Nebraska, and upon whom service may be made in all matters connected with this action.

WHEREFORE, Defendants, Telemetrix Inc., Convey Communications, Inc., and Gary Brown, and attorney Philip M. Kelly, respectfully request that Daniel K. Calisher and Brian C. Proffitt be admitted to this Court *pro hac vice* for the purposes of the above captioned matter. An Order to this effect is submitted herewith.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., and GARY BROWN
Defendants

PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone: 308/632-7191
Facsimile: 308/635-1387

2

## CERTIFICATE OF MAILING/SERVICE

I do hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or deposited in the United States mail at Scottsbluff, Nebraska on the _21st._ day of June, 2012, postage fully prepaid, addressed as follows:

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE  69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

K.C. Groves
Benjamin J. Larson
Attorneys at Law
1675 Broadway, Suite 2600
Denver CO  80202

PHILIP M. KELLY

3

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual,    ) | Case No.  CI 12-239 L |
|                ) | |
|          Plaintiff,    ) | |
|                ) | |
| vs.                ) | |
|                ) | OATH |
| TELEMETRIX INC., CONVEY    ) | |
| COMMUNICATIONS, INC., WILLIAM    ) | |
| W. BECKER, LARRY BECKER, GAYLE ) | |
| BECKER, GARY BROWN, BECKER    ) | |
| CAPITAL MANAGEMENT, LLC.,    ) | |
| GREEN EAGLE COMMUNICATIONS,    ) | |
| INC., GREEN EAGLE NETWORKS, INC.,) | |
| JOHN AND HANE DOE(S) 1 THROUGH ) | |
| 15, JOHN DOE CORPORATIONS 1    ) | |
| THROUGH 10,               ) | |
|          Defendant.    ) | |

         I, Daniel K. Calisher, do solemnly swear that I will support the Constitution of the United States, and the Constitution of the State of Nebraska, and I will faithfully discharge the duties of an attorney and counselor, according to the best of my ability.

                             *Daniel K Calisher*
                             Daniel K. Calisher
                             Foster, Graham, Milstein & Calisher, LLP
                             360 South Garfield Street, 6th Floor
                             Denver CO  80209

FILED *June 26 20 12*
*Ann Rosenberry*
CLERK OF THE DIST COURT
BY *Jenter Cutte* DEPUTY

000150965D21

**STATE OF COLORADO, COUNTY OF DENVER  SS:**

         ON THIS 15th day of June, 2012, before me a notary public duly qualified in and for said county and state, personally appeared Dan Calisher,  known to me to be the identical person whose name is affixed hereto, and acknowledged the same to be his/her voluntary act and deed.

         WITNESS my hand and notarial seal on the day and year last written above.

(NOTARY SEAL: TIFFANY A. YINGLING / NOTARY PUBLIC / STATE OF COLORADO)

                             *Tiffany A. Yingling*
                             Notary Public

My Commission Expires: 12/06/2013

1

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,      )      Case No.  CI 12-239 L
                                      )
                    Plaintiff,        )
                                      )
vs.                                   )
                                      )      OATH
TELEMETRIX INC., CONVEY               )
COMMUNICATIONS, INC., WILLIAM         )
W. BECKER, LARRY BECKER, GAYLE        )
BECKER, GARY BROWN, BECKER            )
CAPITAL MANAGEMENT, LLC.,             )
GREEN EAGLE COMMUNICATIONS,           )
INC., GREEN EAGLE NETWORKS, INC.,)
JOHN AND HANE DOE(S) 1 THROUGH        )
15, JOHN DOE CORPORATIONS 1           )
THROUGH 10,                           )
                    Defendant.        )

I, Brian C. Proffitt, do solemnly swear that I will support the Constitution of the United

States, and the Constitution of the State of Nebraska, and I will faithfully discharge the duties of

an attorney and counselor, according to the best of my ability.



Brian C. Proffitt
Foster, Graham, Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver CO  80209

FILED June 26 20 12

Ann Rosenberry

CLERK OF THE DIST COURT

BY Janter Casto DEPUTY

000150966D21

STATE OF COLORADO, COUNTY OF DENVER  SS:

ON THIS 14th day of June, 2012, before me a notary public duly qualified in and for
said county and state, personally appeared Brian C. Proffitt,  known to me to be the identical
person whose name is affixed hereto, and acknowledged the same to be his/her voluntary act and
deed.

WITNESS my hand and notarial seal on the day and year last written above.

Tiffany A. Yingling

Notary Public

My Commission
Expires: 12/06/2013

1

# IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,    )    Case No.  CI 12-239 L
                                    )
         Plaintiff,          )
                                      )
vs.                           )      ORDER APPROVING
                                      )    MOTION FOR ADMISSION
TELEMETRIX INC., CONVEY       )       *PRO HAC VICE*
COMMUNICATIONS, INC., WILLIAM  )
W. BECKER, LARRY BECKER, GAYLE  )
BECKER, GARY BROWN, BECKER     )
CAPITAL MANAGEMENT, LLC.,      )
GREEN EAGLE COMMUNICATIONS,   )
INC., GREEN EAGLE NETWORKS, INC.,)
JOHN AND HANE DOE(S) 1 THROUGH )
15, JOHN DOE CORPORATIONS 1     )
THROUGH 10,                        )
         Defendant.        )

NOW ON THIS **26** day of **June** 2012, this matter came on for hearing upon the Motion Pro Hac Vice filed by Philip M. Kelly, attorney at law, duly authorized and licensed in the State of Nebraska, who advised this Court that Daniel K. Calisher and Brian C. Proffitt are lawyers of good moral character who are admitted to and engaged in the practice of law in the courts of record in the State of Colorado.   Accompanying the Motion Pro Hac Vice are Oaths signed by Daniel K. Calisher and Brian C. Proffitt.  The Court further finds that Daniel K. Calisher and Brian C. Proffitt have professional business in the courts of the State of Nebraska in the representation of Telemetrix Inc., Convey Communications, Inc., and Gary Brown, Defendants herein.

The Court being advised in the premises finds that Motion Pro Hac Vice is hereby granted and that Daniel K. Calisher and Brian C. Proffitt are hereby admitted to practice in the courts of record in the State of Nebraska in connection with this action.   It is further ordered by this Court that Daniel K. Calisher and Brian C. Proffitt are directed to appear with Philip M. Kelly, a resident of the State of Nebraska, duly and regularly admitted to the practice of law in the courts of record in the State of Nebraska.

IT IS SO ORDERED.

FILED *June 26 to 12*

*Ann Rosenberry*

**CLERK OF THE DIST COURT**

BY *Denise Casto* DEPUTY



000150967D21

1

DATED: ___6·26-12___

BY THE COURT:

_____
District Court Judge

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000350420
Filing Date: 06/27/2012 02:26:54 PM MDT

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, ) | Case No. CI 12-239 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TELEMETRIX, INC.; CONVEY ) | **CERTIFICATE OF SERVICE** |
| COMMUNICATIONS, INC.; WILLIAM ) | |
| W. BECKER; LARRY BECKER; GAYLE ) | |
| BECKER; GARY BROWN; BECKER ) | |
| CAPITAL MANAGEMENT, LLC; ) | |
| GREEN EAGLE COMMUNICATIONS, ) | |
| INC.; GREEN EAGLE NETWORKS, INC.; ) | |
| JOHN AND JANE DOE(S) 1 – 15; and ) | |
| JOHN DOE CORPORATIONS 1 – 10, ) | |
| ) | |
| Defendants. ) | |

The undersigned hereby certifies that on the 27th day of June, 2012 a copy of the Order Approving Motion for Admission *Pro Hac Vice* was deposited in the United States mail at Scottsbluff, Nebraska, postage fully prepaid, addressed to the following individuals and entities:

K.C. Groves
Benjamin J. Larson
Attorneys at Law
1675 Broadway, Suite 2600
Denver CO 80202

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE 69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

TELEMETRIX, INC., CONVEY
COMMUNICATIONS, INC., and
GARY BROWN, Defendants

*Philip Kelly*

PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000350420
Filing Date: 06/27/2012 02:26:54 PM MDT

IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual, ) | Case No. CI 12-239 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TELEMETRIX, INC.; CONVEY ) | **CERTIFICATE OF SERVICE** |
| COMMUNICATIONS, INC.; WILLIAM ) | |
| W. BECKER; LARRY BECKER; GAYLE ) | |
| BECKER; GARY BROWN; BECKER ) | |
| CAPITAL MANAGEMENT, LLC; ) | |
| GREEN EAGLE COMMUNICATIONS, ) | |
| INC.; GREEN EAGLE NETWORKS, INC.; ) | |
| JOHN AND JANE DOE(S) 1 – 15; and ) | |
| JOHN DOE CORPORATIONS 1 – 10, ) | |
| ) | |
| Defendants. ) | |

The undersigned hereby certifies that on the ⟨27th⟩ day of June, 2012 a copy of the Order Approving Motion for Admission *Pro Hac Vice* was deposited in the United States mail at Scottsbluff, Nebraska, postage fully prepaid, addressed to the following individuals and entities:

K.C. Groves
Benjamin J. Larson
Attorneys at Law
1675 Broadway, Suite 2600
Denver CO 80202

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE 69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

TELEMETRIX, INC., CONVEY
COMMUNICATIONS, INC., and
GARY BROWN, Defendants

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

2

Filed in Scotts Bluff District Court
*** EFILED ***
Case Number: D21CI120000239
Transaction ID: 0000350420
Filing Date: 06/27/2012 02:26:54 PM MDT

## IN THE DISTRICT COURT FOR SCOTTS BLUFF COUNTY, NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual, | ) | Case No. CI 12-239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TELEMETRIX, INC.; CONVEY | ) | **CERTIFICATE OF SERVICE** |
| COMMUNICATIONS, INC.; WILLIAM | ) | |
| W. BECKER; LARRY BECKER; GAYLE | ) | |
| BECKER; GARY BROWN; BECKER | ) | |
| CAPITAL MANAGEMENT, LLC; | ) | |
| GREEN EAGLE COMMUNICATIONS, | ) | |
| INC.; GREEN EAGLE NETWORKS, INC.; | ) | |
| JOHN AND JANE DOE(S) 1 – 15; and | ) | |
| JOHN DOE CORPORATIONS 1 – 10, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned hereby certifies that on the $\mathscr{27th}$ day of June, 2012 a copy of the Order Approving Motion for Admission *Pro Hac Vice* was deposited in the United States mail at Scottsbluff, Nebraska, postage fully prepaid, addressed to the following individuals and entities:

K.C. Groves
Benjamin J. Larson
Attorneys at Law
1675 Broadway, Suite 2600
Denver CO 80202

James L. Zimmerman
Attorney at Law
PO Box 700
Scottsbluff NE 69363-0700

Paul W. Snyder
Attorney at Law
P.O. Box 1204
Scottsbluff, NE 69363-1204

TELEMETRIX, INC., CONVEY
COMMUNICATIONS, INC., and
GARY BROWN, Defendants

_____
PHILIP M. KELLY, NSBA #15427
DOUGLAS, KELLY, OSTDIEK and OSSIAN
a professional corporation
Attorneys at Law
105 East 16th Street - P.O. Box 419
Scottsbluff, Nebraska 69363-0419
Telephone:  308/632-7191
Facsimile:  308/635-1387

2

## IN THE DISTRICT COURT OF SCOTTS BLUFF COUNTY, NEBRASKA

MICHAEL J. TRACY, an individual,

                Plaintiff,

vs.

TELEMETRIX INC., CONVEY
COMMUNICATIONS, INC., WILLIAM W.
BECKER, LARRY BECKER, GAYLE
BECKER, GARY BROWN, BECKER
CAPITAL MANAGEMENT, LLC., GREEN
EAGLE COMMUNICATIONS, INC.,
GREEN EAGLE NETWORKS, INC., JOHN
AND JANE DOE(S) 1 THROUGH 15, JOHN
DOE CORPORATIONS 1 THROUGH 10,

                Defendants.

Case No. CI 12-239 (L)

**JOURNAL ENTRY**

On this 3rd day of August, 2012 the Motion for Judgment on the Pleadings and the
Motion to Dismiss filed by the Defendants Larry Becker, Gayle Becker, Becker Capital
Management, LLC, Green Eagle Communications, Inc. and Green Eagle Networks, Inc. together
with Defendants Telemetrix Inc., Convey Communications, Inc. and Gary Brown Motion to
Dismiss all came on to be heard. Plaintiff was present and represented by his attorney, James L.
Zimmerman. Defendants Larry Becker, Gayle Becker, Becker Capital Management, LLC.,
Green Eagle Communications Inc. and Green Eagle Networks, Inc. were represented by their
attorneys Paul W. Snyder and K. C. Groves. Defendants Telemetrix Inc, Convey
Communications, Inc. and Gary Brown were represented by their attorney Philip M. Kelly and
Brian C. Proffitt.

Arguments were presented to the Court by the attorneys for all parties represented.

Plaintiff is given until September 4, 2012 to supply the Court with a written brief replying
to the trial briefs submitted by the Defendants present for the hearing. Defendants are given until
September 18, 2012 to file responsive briefs. At that time the matter will be taken under
advisement.

FILED _Aug 7_ 20 _12_

_Ann Quenberry_

CLERK OF THE DIST COURT

BY _Dentro Casto_ DEPUTY

000152967D21

IT IS SO ORDERED.

DATED this _____ day of August, 2012.

BY THE COURT,

DISTRICT JUDGE

Prepared by:
Paul W. Snyder, NSBA #13933
SMITH, SNYDER & PETITT
1904 1st Avenue
PO Box 1204
Scottsbluff, NE  69363-1204
308/635-3161
308/632-3128 (fax)
pws@vanlaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Journal Entry was sent on this ___ day of August, 2012, to:

**Philip M. Kelly**
**Douglas, Kelly, Ostdiek & Ossian**
**105 East 16th Street, PO Box 419**
**Scottsbluff, NE  69363-0419**
**Fax 308/635-1387**
**Email pkelly@scottsblufflaw.com, by:**

☐ Hand Delivery                                           ☐ Certified Mail
☐ Fax                                                     ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

and:    **James L. Zimmerman**
        **1615 2nd Avenue, PO Box 70**
        **Scottsbluff, NE  69363-0070**
        **Fax 308/630-0932**
        **Email jlz@jlzlaw.com, by:**

☐ Hand Delivery                                           ☐ Certified Mail
☐ Fax                                                     ☒ Electronic Mail
☐ Regular United States Mail, Postage Prepaid

and:    **K.C. Groves**
        **Ireland Stapleton Pryor & Pascoe, PC**
        **1675 Broadway, Suite 2600**
        **Denver, CO  80202**
        **KCGroves@irelandstapleton.com, by:**

        ☐ Hand Delivery                                    ☐ Certified Mail
        ☐ Fax                                              ☒ Electronic Mail
        ☐ Regular United States Mail, Postage Prepaid

and:    **Benjamin J. Larson**
        **Ireland Stapleton Pryor & Pascoe, PC**
        **1675 Broadway, Suite 2600**
        **Denver, CO  80202**
        **BLarson@irelandstapleton.com, by:**

        ☐ Hand Delivery                                    ☐ Certified Mail
        ☐ Fax                                              ☒ Electronic Mail
        ☐ Regular United States Mail, Postage Prepaid

and:    **Brian C. Proffitt**
        **360 S. Garfield Street, 6th Floor**
        **Denver, CO  80209**
        **brian@fostergraham.com, by:**

        ☐ Hand Delivery                                    ☐ Certified Mail
        ☐ Fax                                              ☒ Electronic Mail
        ☐ Regular United States Mail, Postage Prepaid

                                                           _____
                                                           Paul W. Snyder