IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, et. al; <br><br> Plaintiffs, <br><br> vs. <br><br> TELEMETRIX, Inc.; et. al; <br><br> Defendants. | 8:12CV359 <br><br> MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The plaintiff's motions, (Filing Nos. 102 and 104), are granted.

2) The clerk is directed to issue amended summons for service of plaintiff's complaint upon:

> Gary Campbell
> 6490 West Desert Inn Road, Suite 101
> Las Vegas, NV 89146
>
> Cytta Corp.
> Registered Agent: Nevada Processing Center, Inc.
> 6490 West Desert Inn Road
> Las Vegas, NV 89146

March 14, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge