IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey, <br><br> Plaintiff, <br><br> V. <br><br> TELEMETRIX, Inc., CONVEY COMMUNICATIONS, INC., WILLIAM W. BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN, BECKER CAPITAL MANAGEMENT, LLC, GREEN EAGLE COMMUNICATIONS, INC., GREEN EAGLE NETWORKS, INC., LORN BECKER, GARY CAMPBELL, CHARLES MILLER, CEM & ASSOCIATES, CYTTALK NETWORK COMMUNICATIONS, Inc., MAN PRINCE HOLDINGS, MAN PRINCE HOLDINGS 2, VONIFY, Inc. (Canada), VONIFY, Inc. (Cayman Islands), MOBILE VIRTUAL NETWORK OPERATOR CORPORATION, and CYTTA CORP., <br><br> Defendants. | 8:12CV359 <br><br> ORDER |

Because the father of one of the lawyers representing Plaintiff is near death,

IT IS ORDERED that Plaintiff shall have until June 10, 2013 to file a second amended complaint in accordance with the Memorandum and Order filed on April 11, 2013 at filing no. 117.

DATED this 10th day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge