IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey;<br><br>            Plaintiff,<br><br>   vs.<br><br>TELEMETRIX, Inc.; CONVEY COMMUNICATIONS, INC., WILLIAM W. BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN, BECKER CAPITAL MANAGEMENT, LLC, GREEN EAGLE COMMUNICATIONS, INC., GREEN EAGLE NETWORKS, INC., GARY CAMPBELL, CHARLES MILLER, CEM &AMP; ASSOCIATES, CYTTALK NETWORK COMMUNICATIONS, Inc.; MAN PRINCE HOLDINGS, MAN PRINCE HOLDINGS 2, VONIFY, Inc. (Canada); VONIFY, Inc. (Cayman Islands); MOBILE VIRTUAL NETWORK OPERATOR CORPORATION, CYTTA CORP.,<br><br>            Defendants. | 8:12CV359<br><br>**ORDER** |

      IT IS ORDERED: The motion to permit Ross Pesek to withdraw as counsel on behalf of Plaintiff Michael J. Tracy, (filing no. 172), is granted.

      Dated this 22nd day of December, 2014

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge