IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, et. al;<br><br>   Plaintiffs,<br><br>vs.<br><br>TELEMETRIX, Inc., et. al;<br><br>   Defendants. | 8:12CV359<br><br>**ORDER** |

To promote the just and expeditious progression of this case, (see Fed. R. Civ. P. 1; NEGenR 1.1(c)),

IT IS ORDERED that on or before February 18, 2015, the plaintiffs shall file their response to the defendants' motion to continue the discovery response deadline, (Filing No. 183), in the absence of which the motion will be deemed unopposed, and will be granted.

February 13, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge