IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL J. TRACY, et. al;

    Plaintiffs,

vs.

TELEMETRIX, Inc.; et. al;

    Defendants.

**8:12CV359**

**ORDER**

After reviewing the defendants' motion and the plaintiffs' response,

IT IS ORDERED:

1) The defendants' motion for additional time to respond to the plaintiffs' written discovery, (Filing No. 183), is granted, in part.

    a. Defendants' objections to the discovery at issue, if any, shall be served on or before February 27, 2015.

    b. The parties shall promptly meet and confer regarding those objections.

    c. Defendants' answers to Plaintiffs' written discovery, including answers to discovery requests which at issue but were resolved through the parties' discussions, shall be served on or before March 13, 2015.

    d. As to any discovery issues which could not be resolved by the parties, on or before March 20, 2015, the parties shall submit a summary, not to exceed ten double-spaced pages in length, which outlines the discovery requests that remain pending and the objections that are still being asserted. The parties may submit separate summaries, but a joint summary is preferred.

2

2) To accommodate the delay in receiving Defendants' written discovery responses, on the court's own motion, the progression schedule is amended as follows:

    a. The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s): May 1, 2015.

        For the defendant(s): June 1, 2015.

    b. The fact witness deposition deadline is May 17, 2015. The expert witness deposition deadline is July 5, 2015.

    c. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 12, 2015.

    d. The deadline for filing motions to dismiss and motions for summary judgment remains June 1, 2015. Any continuance of that deadline will result in continuing the pretrial conference and trial.

February 20, 2015.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge