IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey;<br><br>                Plaintiff,<br><br>    vs.<br><br>TELEMETRIX, Inc.;  CONVEY COMMUNICATIONS, INC., WILLIAM W. BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN,  BECKER CAPITAL MANAGEMENT, LLC, GREEN EAGLE COMMUNICATIONS, INC.,  GREEN EAGLE NETWORKS, INC., GARY CAMPBELL, CHARLES MILLER,  CEM &AMP; ASSOCIATES, CYTTALK NETWORK COMMUNICATIONS, Inc.;  MAN PRINCE HOLDINGS,  MAN PRINCE HOLDINGS 2,  VONIFY, Inc. (Canada); VONIFY, Inc. (Cayman Islands); MOBILE VIRTUAL NETWORK OPERATOR CORPORATION,  CYTTA CORP.,<br><br>                Defendants. | 8:12CV359<br><br>AMENDED<br>PROGRESSION ORDER |

The Motion to Amend Deadlines (Filing 195) is granted. The Amended Progression order is as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 1, 2015. Motions to compel Rule 33 through 36 discovery must be filed by June 1, 2015.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        June 1, 2015.
        For the defendant(s):      July 1, 2015.

2

3) The Fact deposition deadline is June 19, 2015. Expert deposition deadline is July 17, 2015.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 3, 2015.

April 20, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge