IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey; and  TRACY BROADCASTING CORPORATION, a Nebraska corporation;<br><br>                Plaintiffs,<br><br>     vs.<br><br>TELEMETRIX, Inc.;  et. al;<br><br>                Defendants. | **8:12CV359**<br><br>**ORDER** |

IT IS ORDERED:

1)     The Motion to Withdraw counsel's motion to withdraw as Attorney for Defendants Telemetrix, Inc., William W. Becker and Gary Brown, (Filing No. 201), is granted.

2)     The motion to withdraw filed by Daniel K. Calisher, David S. Canter, and Brian C. Proffitt, and the law firm of Foster Graham Milstein & Calisher, LLP, (Filing No. 193), is withdrawn.

3)     The motion to withdraw filed by Philip M. Kelly and Jerald L. Ostdiek, and the law firm of Douglas, Kelly, Ostdiek and Ossian, P.C., (Filing No. 197), who serve as local counsel for Daniel K. Calisher, David S. Canter, and Brian C. Proffitt, and the law firm of Foster Graham Milstein & Calisher, LLP, is denied as moot.

May 1, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge