IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey; and TRACY BROADCASTING CORPORATION, a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TELEMETRIX, Inc., et. al;<br><br>Defendants. | 8:12CV359<br><br>ORDER |

After conferring with counsel for the parties,

IT IS ORDERED:

1) As to the objections to Plaintiffs' written discovery discussed during today's call, any motion for a court order resolving those disputes shall be filed on or before June 15, 2015.

2) Any motion to extend the deadline for completing discovery shall be filed on or before May 28, 2015.

3) Any motion to compel production of documents identified on Defendants' privilege log shall be filed on or before 14 days after Plaintiffs' receipt of the privilege log.

4) In light of the parties' ongoing written discovery battles, over Defendants' objection, the court finds the trial and pretrial conference in this case will be continued. Counsel for the parties shall thoroughly discuss the ongoing discovery issues, and after doing so, on or before May 28, 2015, they shall jointly submit a proposed amended scheduling order to the court.

May 14, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge