IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey; and TRACY BROADCASTING CORPORATION, a Nebraska corporation;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>TELEMETRIX, Inc., et. al;<br><br>　　　　　Defendants. | **8:12CV359**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Daniel M. Donnelly to withdraw as counsel on behalf of Plaintiff, (filing no. 228), is granted.

July 1, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge