IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, et. al;<br><br>Plaintiffs,<br><br>vs.<br><br>TELEMETRIX, Inc.; et. al;<br><br>Defendants. | 8:12CV359<br><br>ORDER |

This case has been pending for nearly three years, and the court's case progression order has been extended three times. The parties have now jointly moved for another continuance of the case progression deadlines, but have provided no showing of cause in support of the motion.

Accordingly,

IT IS ORDERED that the parties' joint motion, (Filing No. 252), is denied.

August 30, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge