IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL J. TRACY, et. al;

    Plaintiffs,

vs.

TELEMETRIX, Inc., et. al;

    Defendants.

8:12CV359

ORDER

After conferring with counsel,

IT IS ORDERED:

1) Plaintiffs' motion to compel shall be filed on or before September 22, 2015. Any response shall be filed on or before October 2, 2015. No reply shall be filed absent leave of the court for good cause shown.

2) Plaintiffs' Reply to Defendants' responses to Plaintiffs' Amended Motion to File a Third Amended Complaint (Filing No. 260) shall be filed on or before September 28, 2015.

3) The parties' joint motion, (Filing No. 254), is granted as follows:

    a. The following deadlines in the current progression order, (Filing No. 220), are stayed pending further order of the court:

- The deadline for filing motion to compel;
- The deadlines for serving complete expert disclosures;
- The deposition deadline;
- The deadline for filing motions to dismiss and motions for summary judgment; and

2

- The deadline for filing motions to exclude testimony on <u>Daubert</u> and related grounds.

b.　The trial and pretrial conference, and the telephonic conference set for December 1, 2015, remain scheduled as set forth in Filing No. 220.

5)　Within ten days following the court's ruling on Plaintiffs' pending Amended Motion to File a Third Amended Complaint (Filing No. 260) and their anticipated motion to compel, counsel shall contact the chambers of the undersigned magistrate judge to discuss re-setting the case progression deadlines.

September 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

2