IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL J. TRACY, et. al;

    Plaintiffs,

vs.

TELEMETRIX, Inc.;

    Defendants.

**8:12CV359**

**ORDER**

IT IS ORDERED:

The motion to permit Philip M. Kelly and Jerald L. Ostdiek, and the law firm of Douglas, Kelly, Ostdiek, Ossian, Broderick and Vogl, P.C., to withdraw as counsel of record for Defendants Telemetrix, Inc., William W. Becker, and Gary Brown, (filing no. 298), is granted.

November 3, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*.
United States Magistrate Judge