IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey; and TRACY BROADCASTING CORPORATION, a Nebraska corporation;<br><br>     Plaintiffs,<br><br>  vs.<br><br>TELEMETRIX, Inc.; et. al;<br><br>     Defendants. | 8:12CV359<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The parties' jointly stipulated motion for an order regarding notice and to approve settlement, and any supporting documents or briefing, shall be filed on or before September 1, 2017.

2) If the motion required under paragraph (1) of this order is not timely filed, a show cause hearing will be held before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 2:30 p.m. on September 12, 2017. All non-complying parties and their counsel shall be present in person at the show cause hearing; all others may appear by telephone provided they give prior notice to court by contacting my chambers at zwart@ned.uscourts.gov.

August 23, 2017.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge