IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:12CV359 |
| v. | ) ) | |
| TELEMETRIX, Inc., WILLIAM W. BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN, BECKER CAPITAL MANAGEMENT, LLC, GREEN EAGLE COMMUNICATIONS, INC., GREEN EAGLE NETWORKS, INC., DIANE LARKOWSKI, and MITCHELL BENNETT, | ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

The parties in this case have filed a Stipulated Motion for an Order Regarding Notice and to Approve Settlement (Filing No. 372) with attached exhibits (Filing No. 373) and supporting brief (Filing No. 374). As requested in the parties' Stipulated Motion (Filing No. 372),

IT IS ORDERED that:

1. The parties' Stipulated Motion for an Order Regarding Notice and to Approve Settlement (Filing No. 372) is granted;

2. Notice of the parties' settlement shall be made by publication in the *Omaha World-Herald* and *Daily Record* once per week for three (3) consecutive weeks, beginning with the week of September 25, 2017;

3. The Plaintiff shall be responsible for twenty five percent (25%) and the Defendants shall be responsible for seventy-five percent (75%) of the cost of publication;

4. Said publication shall be in the form appearing in the electronic court file for this case at Filing No. 373-2;

5. Defendant Telemetrix's shareholders shall have thirty (30) days after the final week of publication to respond to the notice—specifically, all objections to the settlement shall be filed with the court on or before November 13, 2017; and

6. A hearing concerning approval of the settlement shall be held on Thursday, November 16, 2017, at 12:00 noon, before the undersigned United States district judge in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 19th day of September, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge