IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| Michael J. Tracy,<br>an individual and derivatively as a<br>shareholder of Telemetrix and Convey,<br><br>                Plaintiff,<br><br>vs.<br><br>Telemetrix, Inc., et al,<br><br>                Defendants. | 8:12CV359<br><br>ORDER |
|---|---|

Due to the death of my brother, I will be in Cleveland, Ohio, on Thursday, November 16, 2017, at 12:00 noon, attending to the committal of his ashes. That is the date and time set for a hearing to consider whether I should approve the complete settlement of this case. Magistrate Judge Zwart has graciously agreed to preside over the hearing and make a report and recommendation. Therefore,

IT IS ORDERED that:

1. This matter is referred to Magistrate Zwart to preside over the scheduled hearing and to issue a report and recommendation regarding the same.[1]

2. If there are no objections, Magistrate Zwart may issue her report and recommendation at her convenience any time after the hearing and before the normal rule time.

---

[1] After considering the joint brief of the parties (filing no. 374), I am inclined to approve the settlement.

3. If there are oral objections at the hearing or written objections filed no later than Monday, November 13, 2017, Magistrate Judge shall issue her report and recommendation after the running of the rule time.

4. A record of the hearing shall be made by digital audio.

November 13, 2017.

BY THE COURT:

*s/Richard G. Kopf*
Senior United States District Judge