IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, an individual and Derivatively as a shareholder of Telemetrix and Convey, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:12CV359 |
| v. | ) ) | |
| TELEMETRIX, Inc., WILLIAM W. BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN, BECKER CAPITAL MANAGEMENT, LLC, GREEN EAGLE COMMUNICATIONS, INC., GREEN EAGLE NETWORKS, INC., DIANE LARKOWSKI, and MITCHELL BENNETT, | ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Zwart conducted a hearing on the parties' Stipulated Motion to Approve Settlement (Filing No. 372) and issued a Findings and Recommendation (Filing No. 380) that the parties' Motion be granted. Because all parties have waived the right to object to the Magistrate Judge's Findings and Recommendation, and because Magistrate Judge Zwart has thoroughly and correctly analyzed the settlement terms under the applicable law, I adopt the Magistrate Judge's Findings and Recommendation. Accordingly,

IT IS ORDERED:

1. The Findings and Recommendation (Filing No. 380) is adopted;

2. The parties' Stipulated Motion to Approve Settlement (Filing No. 372) is granted; and

3. The parties shall prepare and file for the court's consideration a proposed draft order and a proposed draft judgment disposing of this case on or before November 28, 2017.

DATED this 17th day of November, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge