IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. TRACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:12CV359 |
| | ) | |
| TELEMETRIX, Inc., WILLIAM W. BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN, BECKER CAPITAL MANAGEMENT, LLC, GREEN EAGLE COMMUNICATIONS, INC., GREEN EAGLE NETWORKS, INC., DIANE LARKOWSKI, and MITCHELL BENNETT, | ) ) ) ) ) ) ) ) ) ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Stipulated Motion filed by the parties (Filing 372), the Magistrate's Findings and Recommendation (Filing 380), and the Memorandum and Order adopting the Magistrate's Findings and Recommendations (Filing 381), which are incorporated by reference as though fully set forth herein,

IT IS ORDERED that the above-referenced matter is dismissed with prejudice, with each party to bear its own costs and fees. Judgment may be entered accordingly.

DATED: November 27, 2017

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

Prepared by the following attorneys of record:

By: */s/ Thomas J. Monaghan*
Thomas J. Monaghan, #12874
Stuart J. Dornan, #18553
Rodney C. Dahlquist, Jr., #23912
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044
(402) 884-7045 (facsimile)
tom@dltlawyers.com
*Attorneys for Plaintiff Michael Tracy*

By: */s/ K.C. Groves*
K.C. Groves, Esq.
Benjamin J. Larson, Esq.
IRELAND STAPLETON PRYOR & PASCOE, PC
717 17th Street, Suite 2800
Denver, CO 80202
kcgroves@ireandstapleton.com
blarson@irelandstapleton.com
*Attorneys for Defendants Larry Becker,*
*Becker Capital Management, LLC, Green*
*Eagle Communications, Inc., Green Eagle*
*Networks, Inc., and Gayle Becker*


By: */s/ David S. Canter*
Daniel K. Calisher, Esq.
David S. Canter, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
Calisher@fostergraham.com
DCanter@fostergraham.com
*Attorneys for Defendants William Becker,*
*Gary Brown, and Telemetrix, Inc.*

By: */s/ Adam R. Feeney*
Daniel P. Chesire, #15029
Jason W. Grams, #24596
Adam R. Feeney, #25897
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Telephone: (402) 397-7300
Telefax: (402) 397-7824
dchesire@ldmlaw.com
jgrams@ldmlaw.com
afeeney@ldmlaw.com
*Attorneys for Defendants Mitchell Bennet and Dianne Larkowski*