IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. TRACY, an individual and derivatively as a shareholder of Telemetrix,<br><br>           Plaintiff,<br><br>v.<br><br>TELEMETRIX, INC., WILLIAM BECKER, LARRY BECKER, GAYLE BECKER, GARY BROWN, BECKER CAPITAL MANAGEMENT, LLC, GREEN EAGLE COMMUNICATIONS, INC., GREEN EAGLE NETWORKS, INC., DIANE LARKOWSKI, and MITCHELL BENNETT,<br><br>           Defendants. | 8:12CV359<br><br>**JUDGMENT** |

    Pursuant to the parties' settlement and the Order of Dismissal entered this date, this case is dismissed with prejudice, with each party to bear its own costs and fees.

    DATED this 27th day of November, 2017.

                                      BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      Senior United States District Judge